# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OYSTER OPTICS, LLC,<br><br>*Plaintiff,*<br><br>*v.* | | |
| CORIANT AMERICA INC. ET AL., | | 2:16-cv-01302-JRG-RSP<br>LEAD CASE |
| INFINERA CORPORATION, | | 2:16-cv-01295-JRG-RSP |
| ALCATEL-LUCENT USA, INC., | | 2:16-cv-01297-JRG-RSP |
| FUJITSU NETWORK COMMUNICATIONS, INC., | | 2:16-cv-01299-JRG-RSP |
| CISCO SYSTEMS, INC. ET AL., | | 2:16-cv-01301-JRG-RSP |
| HUAWEI TECHNOLOGIES CO., LTD. ET AL., | | 2:16-cv-01303-JRG-RSP |
| CIENA CORPORATION | | 2:17-cv-00511-JRG-RSP |

*Defendants.*

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Plaintiff Oyster Optics, LLC ("Oyster") and Defendants Ciena Corporation, Coriant (USA) Inc., Coriant North America, LLC, Coriant Operations, Inc., Infinera Corporation, Fujitsu Network Communications, Inc., Huawei Technologies Co., Ltd., Huawei Technologies USA, Inc., Cisco Systems, Inc., and Alcatel-Lucent USA Inc. (collectively referred to as "Defendants") hereby jointly provide this Joint Claim Construction and Prehearing Statement pursuant to P.R. 4-3.

### I. LIST OF PROPOSED CLAIM TERMS TO WHICH THE PARTIES AGREED ON A CONSTRUCTION (P.R. 4-3(a)).

The parties have agreed to the following constructions:

| U.S. Patent No. 6,594,055 ||
|---|---|
| **Claim Term/Phrase (asserted claims)** | **Agreed Proposed Construction** |
| means for transporting the optical signal | This claim term is governed by 35 U.S.C. §112(6).<br><br>Function: "transporting the optical signal"<br><br>Corresponding Structure Disclosed in the Specification: optical fiber (2:39-41); optical fiber 20 (Fig. 1, 4:35-38, 4:54-55). |

| U.S. Patent No. 8,374,511 ||
|---|---|
| **Claim Term/Phrase (asserted claims)** | **Agreed Proposed Construction** |
| the optical signals (claims 1, 9) | "the optical signal transmitted by the transmitter" |
| the phase-modulated optical signals (claim 9) | "the phase-modulated optical signal transmitted by the transmitter" |
| an electric signal (claims 1, 9) | "an electrical signal" |

| U.S. Patent No. 8,374,511 ||
| Claim Term/Phrase (asserted claims) | Agreed Proposed Construction |
|---|---|
| the electrical signal (claims 1, 9) | "an electric signal" is the antecedent basis for the term "the electrical signal" |
| the electrical signal after filtering (claims 2, 10) | "the filtered electrical signal" |
| the electrical signal after scaling is compared (claims 5, 13) | "the filtered and scaled electrical signal" |
| filtering the electrical signal to produce an average optical power (claims 1, 9) | "filtering the electrical signal from the photodetector to provide the average optical power of the optical signals" |

| U.S. Patent No. 8,913,898 ||
| Claim Term/Phrase (asserted claims) | Agreed Proposed Construction |
|---|---|
| the second optical signal (claims 1, 4, 9, 14, 18, 23) | "a second optical signal" is antecedent for "the second optical signal" |

## II.  PROPOSED CLAIM CONSTRUCTIONS BY EACH PARTY FOR THE DISPUTED CLAIM TERMS (P.R. 4-3(b)).

Pursuant to P.R. 4-3(b), the Parties' proposed constructions of disputed terms are provided in the chart below. The Parties' proposed constructions are also set forth in the accompanying Exhibit 1, along with the intrinsic and extrinsic evidence on which the parties intend to rely.[1]

---

[1] Defendants object to Plaintiff's disclosures in this filing. Defendants object to the untimely and inadequate bulk citation to the entirety of multiple IPRs filed by one Defendant, Cisco Systems, Inc. The IPRs are extrinsic evidence, none of which was identified by Plaintiff in its P.R. 4-2 disclosure. Defendants further object to the disclosure of testimony by Dr. Lebby, as the cursory summaries do not provide the detail required by P.R. 4-3. Defendants reserve the right to move to strike this material from the P.R. 4-3 Joint Claim Construction Statement and any material in the claim construction briefing that relies on an inadequate disclosure under the requirements of P.R. 4-2 and P.R. 4-3.

| U.S. Patent No. 6,469,816 | | |
|---|---|---|
| **Claim Term/Phrase (asserted claims)** | **Oyster's Proposed Construction** | **Defendants' Proposed Construction** |
| phase modulate (including grammatical variations, *e.g.*, "phase modulating," "phase modulator," "phase modulated," and "phase modulation") (Claims 1, 7, 12, 19) | No construction necessary. In the alternative, if construed: alter the phase of light to create an optical signal having a phase that is a function of data. | "alter the phase of light while keeping the amplitude of the light constant to create an optical signal having a phase that is representative of data" |
| energy level detector (Claims 19, 20) | No construction necessary. | "device for optical tap detection" |
| arm (Claims 1, 19) | No construction necessary. | "optical connection through a splitter, fiber and coupler of an interferometer" |

| U.S. Patent No. 6,594,055 | | |
|---|---|---|
| **Claim Term/Phrase (asserted claims)** | **Oyster's Proposed Construction** | **Defendants' Proposed Construction** |
| phase modulate (including grammatical variations, *e.g.*, "phase modulating," "phase modulator," "phase modulated," and "phase modulation") (Claims 1, 7, 14, 15, 17, 27) | *See* "phase modulate" in '816 Patent above. | *See* "phase modulate" above. |
| path length difference (Claims 1, 9, 27) | No construction necessary. In the alternative, if construed: difference in the length of the path. | "difference in the physical length of the path" |
| path (Claims 1, 2, 9, 10, 11, 14, 19, 22, 27) | No construction necessary. | *See* "arm" above. |
| means for phase modulating as a function of an input electronic data stream and a second electronic data stream having a delay, thus creating | This is a means-plus-function term. The function is phase modulating light as a function of an input electronic data stream and a second | This claim term is governed by 35 U.S.C. §112(6). Function: "phase modulating light as a function of an input |

| U.S. Patent No. 6,594,055 |||
| --- | --- | --- |
| **Claim Term/Phrase (asserted claims)** | **Oyster's Proposed Construction** | **Defendants' Proposed Construction** |
| a phase-modulated optical signal with encoded information for recovery<br><br>(Claim 27) | electronic data stream having a delay, thus creating a phase-modulated optical signal with encoded information for recovery. The corresponding disclosed structures are: an exclusive-OR gate (Fig. 2 element 118; 3:1-9; 4:62-65; 5:1-3) and a phase modulator (Fig. 1 element 16; 2:33-34; 3:50-51; 4:42-43). | electronic data stream and a second electronic data stream having a delay, thus creating a phase-modulated optical signal with encoded information for recovery"<br><br>Corresponding Structure Disclosed in the Specification: controller 18 including a delayed-feedback exclusive-OR gate 118 and a phase modulator 16 receiving the output of the controller 18. '055, 4:41-5:7 (describing that phase modulator 16 shifts the phase of the light in response to controller 18, and that controller 18 implements "a delayed-feedback exclusive-OR gate"), Fig. 1 (illustrating phase modulator 16 coupled to controller 18), Fig. 2 (illustrating controller 18 with the delayed-feedback exclusive-OR gate 118). |
| means for receiving the optical signal from the transporting means[, the receiving means including an interferometer having a path length difference which is a function of the delay in the second electronic data stream][2]<br><br>(Claim 27) | This is not a means-plus-function term and requires no construction.<br><br>If construed as a means-plus-function term, the function is receiving the optical signal from the transporting means, and the corresponding disclosed structures are: receiver (2:34-64; 3:25-36; | This claim term is governed by 35 U.S.C. §112(6).<br><br>Function: "receiving the optical signal from the transporting means"<br><br>Corresponding Structure Disclosed in the Specification: a receiver including an interferometer |

---

[2] Oyster and Defendants dispute whether the longer phrase (including the bracketed text) is the proper term for construction. Oyster contends that the longer phrase connotes structure and thus the term is not governed by 35 U.S.C. §112(6). If the term is construed under §112(6), then Oyster proposes a construction of the shorter phrase.

| U.S. Patent No. 6,594,055 |||
|---|---|---|
| **Claim Term/Phrase (asserted claims)** | **Oyster's Proposed Construction** | **Defendants' Proposed Construction** |
| | 3:55-60); and receiver 30 (4:54-60; 5:26-6:7; Figs. 1, 3). | having a delay fiber, and an output detector. *See* '055, 4:54-55 ("Optical signal 22 is transmitted over fiber 20 to receiver 30."); *id*., 4:37-38 ("The system 1 includes a transmitter 10, an optical fiber 20, and a receiver 30."); *id*., 4:58-60; *id*, Abstract ("The receiver has a splitter for splitting the optical signal into a first path and a second path. The second path has a second path length longer than the first path length[.]"); *id*., 5:61-66 (describing output detector 38); 6:1-7 ("The interferometer 40 comprising coupler/splitter 34 and 36, fibers 43 and 45, delay fiber 46, and depolarizer 48 thus functions as an optical exclusive-or gate with one input leg delayed for signals arriving at input 41 of coupler 34. Interferometer 40 as a whole thus optically and physically "decodes" the signal OP produced by the delayed-feedback exclusive-or gate 118 of FIG. 2.") |

| U.S. Patent No. 6,476,952 |||
|---|---|---|
| **Claim Term/Phrase (asserted claims)** | **Oyster's Proposed Construction** | **Defendants' Proposed Construction** |
| phase modulate (including grammatical variations, *e.g.*, "phase modulating," "phase modulator," "phase modulated," and "phase | *See* "phase modulate" in '816 Patent above. | *See* "phase modulate" above. |

| U.S. Patent No. 6,476,952 | | |
|---|---|---|
| **Claim Term/Phrase (asserted claims)** | **Oyster's Proposed Construction** | **Defendants' Proposed Construction** |
| modulation")<br><br>(Claims 1, 4, 5, 12, 13, 14) | | |
| output for altering the phase of the phase modulator<br><br>(Claim 1) | No construction necessary.<br><br>In the alternative, if construed:<br>converted signal used to alter the phase of light in the phase modulator. | "converted signal used to modulate the phase of light in the phase modulator" |
| phase-compensation circuit<br><br>(Claims 5, 13) | No construction necessary.<br><br>In the alternative, if construed:<br>circuit that provides phase compensation. | "circuit that enables using an interferometer of any phase-difference" |
| arm<br><br>(Claims 1, 4, 11, 13) | No construction necessary. | *See* "arm" above. |
| the second arm being longer than the first arm<br><br>(Claims 1, 13) | No construction necessary. | "the second arm being physically longer than the first arm" |

| U.S. Patent No. 7,099,592 | | |
|---|---|---|
| **Claim Term/Phrase (asserted claims)** | **Oyster's Proposed Construction** | **Defendants' Proposed Construction** |
| phase modulate (including grammatical variations, *e.g.*, "phase modulating," "phase modulator," "phase modulated," and "phase modulation")<br><br>(Claims 1, 5, 10, 13, 14) | *See* "phase modulate" in '816 Patent above. | *See* "phase modulate" above. |
| energy level detector<br><br>(Claims 3, 17) | No construction necessary. | *See* "energy level detector" above. |

| U.S. Patent No. 7,620,327 |||
|---|---|---|
| **Claim Term/Phrase (asserted claims)** | **Oyster's Proposed Construction** | **Defendants' Proposed Construction** |
| the optical signals (Claims 1, 14, 25, 36) | No construction necessary. | "transmitting optical signals" is antecedent for "the optical signals", *otherwise* Indefinite. |
| receiver (Claims 1, 14, 25, 36) | No construction necessary. | "photodiode or other photodetector that converts an optical signal to an electrical signal" OR "receiver, excluding receivers that include a demodulator to demodulate the optical signal to produce output data" |
| phase modulate (including grammatical variations, *e.g.*, "phase modulating," "phase modulator," "phase modulated," and "phase modulation") (Claims 4, 10, 14, 16, 17, 25, 27, 28, 37) | *See* "phase modulate" in '816 Patent above. | *See* "phase modulate" above. |
| energy level detector (Claims 1, 14, 25) | No construction necessary. | *See* "energy level detector" above. |
| OTDR (Claims 13, 24, 35, 39) | optical time-domain reflectometer | "fault detection device that uses non-data bearing, discrete high power pulses via a dedicated transmitter and receiver separate from the data transmitter and receiver." |

| U.S. Patent No. 8,374,511 |||
|---|---|---|
| **Claim Term/Phrase (asserted claims)** | **Oyster's Proposed Construction** | **Defendants' Proposed Construction** |
| phase modulate (including grammatical variations, *e.g.*, "phase modulating," "phase modulator," "phase modulated," and "phase modulation") (Claim 9) | *See* "phase modulate" in '816 Patent above. | *See* "phase modulate" above. |
| OTDR (Claims 8, 16) | *See* "OTDR" in '327 Patent above. | *See* "OTDR" above. |
| receiver (Claims 1, 9) | No construction necessary. | *See* "receiver" above. |

| U.S. Patent No. 8,913,898 |||
|---|---|---|
| **Claim Term/Phrase (asserted claims)** | **Oyster's Proposed Construction** | **Defendants' Proposed Construction** |
| receiver (Claims 1, 14) | No construction necessary. | *See* "receiver" above. |
| phase modulate (including grammatical variations, *e.g.*, "phase modulating," "phase modulator," "phase modulated," and "phase modulation") (Claims 4, 10, 18) | *See* "phase modulate" in '816 Patent above. | *See* "phase modulate" above. |
| energy level detector (Claims 1, 14) | No construction necessary. | *See* "energy level detector" above. |
| OTDR (Claims 13, 25) | *See* "OTDR" in '327 Patent above. | *See* "OTDR" above. |

| U.S. Patent No. 9,363,012 | | |
|---|---|---|
| **Claim Term/Phrase (asserted claims)** | **Oyster's Proposed Construction** | **Defendants' Proposed Construction** |
| OTDR<br><br>(Claims 1, 5, 9, 11, 16, 17) | *See* "OTDR" in '327 Patent above. | *See* "OTDR" above. |
| line card<br><br>(Claims 9, 11-17) | No construction necessary. | "card having a transceiver" |
| tap/tapping/tapped<br><br>(Claims 1, 3, 5, 12, 13, 16, 17) | No construction necessary. | "illicit breach of an optical signal within an optical fiber that connects a transmitter with a receiver" |
| phase modulate (including grammatical variations, *e.g.*, "phase modulating," "phase modulator," "phase modulated," and "phase modulation")<br><br>(Claims 9, 11) | *See* "phase modulate" in '816 Patent above. | *See* "phase modulate" above. |

### III. ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(c)).

Pursuant to P.R. 4-3(c), the parties estimate about four hours will be needed for the claim construction hearing (or as long as the Court needs or desires).

### IV. PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(d)).

None.

Dated:  August 10, 2017

Respectfully submitted,

**OYSTER OPTICS, LLC**

By: /s/ *Reza Mirzaie*
Marc A. Fenster (CA SBN 181067)
E-mail: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
E-mail: rmirzaie@raklaw.com
Amir A. Naini (CA SBN 226627
Email: anaini@raklaw.com
Neil A. Rubin, CA SBN 250761
Email: nrubin@raklaw.com
Arka Chatterjee (CA SBN 268546)
E-mail: achatterjee@raklaw.com
Stanley H. Thompson, Jr. (CA SBN No. 198825)
Email:  sthompson@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone:     310/826-7474
Facsimile:      310/826-6991


T. John Ward, Jr. (TX SBN 00794818)
E-mail: jw@wsfirm.com
Claire Abernathy Henry (TX SBN 24053063)
E-mail: claire@wsfirm.com
Andrea L. Fair (TX SBN 24078488)
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
P.O. Box 13231
Longview, Texas 75601
Tele: 903/757-6400
Facsimile 903/757-2323

*Attorneys for Plaintiff*
*OYSTER OPTICS, LLC*


By: */s/ Dawn M. Jenkins*
Matthew D. Satchwell
Illinois Bar No. 6290672
Shuzo Maruyama
Illinois Bar No. 6313434

**DLA Piper LLP**
203 N. LaSalle St., Suite 1900
Chicago, IL 60601-1293
312.368.2111 – Office
312.236.7516 – Facsimile
matthew.satchwell@dlapiper.com

Dawn M. Jenkins
State Bar No. 24074484
**DLA Piper LLP**
1000 Louisiana, Suite 2800
Houston, TX 77002
713.425.8454 –Office
713.300.6054 – Facsimile
Dawn.Jenkins@dlapiper.com

Bethany Bengfort (*admitted pro hac vice*)
California Bar No. 312507
**DLA Piper LLP**
2000 University Avenue
East Palo Alto, California 94303-2215
650.833.2000 – Office
650.833.2001 – Facsimile
bethany.bengfort@dlapiper.com

***ATTORNEYS FOR DEFENDANT FUJITSU NETWORK COMMUNICATIONS, INC.***


By:  */s/ Eric H. Findlay*
Eric H. Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
Findlay Craft PC
102 N College Avenue, Suite 900
Tyler, TX 75702
903/534-1100
Fax: 903/534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Louis Norwood Jameson
Matthew Christopher Gaudet
John R Gibson
Duane Morris LLP
1075 Peachtree Street, NE Suite 2000
Atlanta, GA 30309-3929
404/253-6915

Fax: 404/253-6901
Email: wjameson@duanemorris.com
Email: mcgaudet@duanemorris.com
Email: jrgibson@duanemorris.com

Joseph Andrew Powers
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
215-979-1842
Fax: 215-689-3797
Email: japowers@duanemorris.com

John Matthew Baird
Duane Morris LLP
505 9th Street, NW, Suite 1000
Washington, DC 20004-2166
202/776-7819
Fax: 202/776-7801
Email: jmbaird@duanemorris.com

Michael J Sacksteder
Fenwick & West
555 California Street, 12th Floor
San Francisco, CA 94104
415/875-2300
Fax: 415/281-1350
Email: msacksteder@fenwick.com

Darren E Donnelly
Armen Nercess Nercessian
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
650.988.8500
Fax: 650.938.5200
Email: ddonnelly@fenwick.com
Email: anercessian@fenwick.com

***ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC.***

By: */s/ James Youngkwang Wang*
Ruffin Cordell
Bar No. 04820550

cordell@fr.com
Indranil Mukerji
MA Bar No. 644059
mukerji@fr.com
Joseph V. Colaianni
D.C. Bar No. 454744
colaianni@fr.com
Stephen A. Marshall
D.C. Bar No. 1012870
smarshall@fr.com
Christopher Dryer *admitted pro hac vice*
D.C. Bar No. 1022460
dryer@fr.com
Laura C. Whitworth *admitted pro hac vice*
VA Bar No. 91170
whitworth@fr.com
FISH & RICHARDSON P.C.
The McPherson Building
901 15th Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

William Brown Collier, Jr.
Bar No. 24097519
collier@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

James Wang
Bar No. 24084042
wang@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5070

***COUNSEL FOR DEFENDANT INFINERA CORPORATION***

By: */s/Leonard Z. Hua*
    Leonard Z. Hua (admitted *pro hac vice*)

IL State Bar No. 6303557
**LEYDIG, VOIT & MAYER, LTD.**
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601-6731
Phone: (312)616-5600
Fax: (312)616-5700
Email: lhua@leydig.com

Andrew W. Stinson
State Bar No. 24028013
**RAMEY & FLOCK, P.C.**
100 East Ferguson, Suite 404
Tyler, Texas 75702
Phone: (903) 597-3301
Fax: (903) 597-2413
Email: andys@rameyflock.com

***ATTORNEYS FOR DEFENDANTS HUAWEI TECHNOLOGIES CO., LTD., AND HUAWEI TECHNOLOGIES USA, INC.***

By: */s/ Thomas K. Pratt*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
Timothy C. Meece (IL SB No. 6226967)
tmeece@bannerwitcoff.com
J. Pieter van Es (IL SB No. 6210313)
pvanes@bannerwitcoff.com
Thomas K. Pratt (IL SB No. 6209761)
tpratt@bannerwitcoff.com
Timothy J. Rechtien (IL SB No. 6293623)
trechtien@bannerwitcoff.com
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312-463-5000

        ***ATTORNEYS FOR DEFENDANTS CORIANT (USA) INC., CORIANT NORTH AMERICA, LLC AND CORIANT OPERATIONS, INC.***

By: */s/Patrick J. Stafford*
  Blair M. Jacobs
  Christina A. Ondrick
  Patrick J. Stafford
  PAUL HASTINGS LLP
  875 15th Street, N.W.
  Washington, DC 20005
  Telephone: (202) 551-1700
  blairjacobs@paulhastings.com
  christinaondrick@paulhastings.com
  patrickstafford@paulhastings.com

  Melissa R. Smith
  GILLAM & SMITH LLP 303 S. Washington Ave. Marshall, Texas 75670 Telephone: (903) 934-8450 melissa@gillamsmithlaw.com

***ATTORNEY FOR DEFENDANT CIENA CORPORATION***

By: */s/ Allison H. Altersohn*
  Michael E. Jones
  Potter Minton, a Professional Corporation
  110 N College Avenue
  Suite 500
  Tyler, TX 75702
  Telephone: 903-597-8311
  Facsimile: 903-593-0846
  *mikejones@potterminton.com*

  Robert F. Perry
  Allison H. Altersohn
  Timothy H. Caine
  KING & SPALDING LLP 1185
  Avenue of the Americas
  New York, New York 10036
  Telephone: (212) 556 2316
  Facsimile: (212) 556 2222
  *rperry@kslaw.com*
  *aaltersohn@kslaw.com*
  *tcaine@kslaw.com*

        Laura S. Huffman
        King & Spalding LLP
        1180 Peachtree Street NE
        Atlanta, GA 30309
        Telephone: (404) 572-4712
        Facsimile: (404) 572-513
        lhuffman@kslaw.com

        ***ATTORNEYS FOR DEFENDANT***
        ***ALCATEL-LUCENT USA INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on August 10, 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Reza Mirzaie*
Reza Mirzaie