# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| OYSTER OPTICS, LLC,<br><br>*Plaintiff,*<br>v. | | |
| CORIANT (USA) INC., ET AL., | | 2:16-cv-01302-JRG<br>LEAD CASE |
| INFINERA CORPORATION, | | 2:16-cv-01295-JRG |
| ALCATEL-LUCENT USA INC., | | 2:16-cv-01297-JRG |
| FUJITSU NETWORK COMMUNICATIONS, INC., | | 2:16-cv-01299-JRG |
| CISCO SYSTEMS, INC., | | 2:16-cv-01301-JRG |
| HUAWEI TECHNOLOGIES CO., LTD. ET AL., | | 2:16-cv-01303-JRG |
| CIENA CORPORATION, | | 2:17-cv-511-JRG |
| *Defendants.* | | |

## DEFENDANTS' NOTICE OF COMPLIANCE REGARDING TECHNICAL TUTORIAL

Pursuant to this Court's Amended Docket Control Order (Dkt. No. 155), Defendants Ciena Corporation, Coriant (USA) Inc., Coriant North America, LLC, Coriant Operations, Inc., Infinera Corporation, Huawei Technologies Co., Ltd., and Huawei Technologies USA, Inc., Cisco Systems, Inc., Fujitsu Network Communications, Inc., and Alcatel-Lucent USA Inc. (collectively referred to as "Defendants") hereby notify the Court and all parties of record that on September 15, 2017, Defendants submitted their technical tutorial to the Court. A copy of the tutorial was also mailed to Plaintiff's counsel of record *via* Federal Express and electronic mail.

1

Dated: September 15, 2017

Respectfully submitted,

***COUNSEL FOR DEFENDANT
CISCO SYSTEMS, INC.***

*/s/ Brian Craft*
Eric H. Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
Findlay Craft, P.C.
102 N College Avenue
Suite 900
Tyler, TX 75702
903/534-1100
Fax: 903/534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Louis Norwood Jameson
Matthew Christopher Gaudet
John R Gibson
**DUANE MORRIS LLP**
1075 Peachtree Street, NE
Suite 2000
Atlanta, GA 30309-3929
404/253-6915
Fax: 404/253-6901
Email: wjameson@duanemorris.com
Email: mcgaudet@duanemorris.com
Email: jrgibson@duanemorris.com

Joseph Andrew Powers
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
215-979-1842
Fax: 215-689-3797
Email: japowers@duanemorris.com

John Matthew Baird
**DUANE MORRIS LLP**
505 9th Street, NW
Suite 1000
Washington, DC 20004-2166
202/776-7819
Fax: 202/776-7801
Email: jmbaird@duanemorris.com

Michael J Sacksteder
**FENWICK & WEST**
555 California Street
12th Floor
San Francisco, CA 94104
415/875-2300
Fax: 415/281-1350
Email: msacksteder@fenwick.com

Darren E Donnelly
Armen Nercess Nercessian
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041
650.988.8500
Fax: 650.938.5200
Email: ddonnelly@fenwick.com
Email: anercessian@fenwick.com


***COUNSEL FOR DEFENDANT
FUJITSU NETWORK COMMUNICATIONS, INC.***

*/s/ Dawn M. Jenkins*
Matthew D. Satchwell
Illinois Bar No. 6290672
Shuzo Maruyama
Illinois Bar No. 6313434
**DLA PIPER LLP**
203 N. LaSalle St., Suite 1900
Chicago, IL 60601-1293
312.368.2111 – Office
312.236.7516 – Facsimile
matthew.satchwell@dlapiper.com

Dawn M. Jenkins
State Bar No. 24074484
**DLA PIPER LLP**
1000 Louisiana, Suite 2800
Houston, TX 77002
713.425.8454 – Office
713.300.6054 – Facsimile
Dawn.Jenkins@dlapiper.com

***COUNSEL FOR DEFENDANT***
***INFINERA CORPORATION***

/s/ *James Youngkwang Wang*
Ruffin Cordell
Bar No. 04820550
cordell@fr.com
Indranil Mukerji
MA Bar No. 644059
mukerji@fr.com
Joseph V. Colaianni
D.C. Bar No. 454744
colaianni@fr.com
Stephen A. Marshall
D.C. Bar No. 1012870
smarshall@fr.com
Christopher Dryer (*admitted pro hac vice*)
D.C. Bar No. 1022460
dryer@fr.com
Laura C. Whitworth (*admitted pro hac vice*)
VA Bar No. 91170
whitworth@fr.com
**FISH & RICHARDSON P.C.**
The McPherson Building
901 15th Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

William Brown Collier, Jr. (Bar No. 24097519)
collier@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

James Wang (Bar No. 24084042)
wang@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5070

***COUNSEL FOR DEFENDANTS***
***HUAWEI TECHNOLOGIES CO., LTD., and***
***HUAWEI TECHNOLOGIES USA, INC.***

*/s/Leonard Z. Hua*
Leonard Z. Hua (admitted *pro hac vice*)
IL State Bar No. 6303557
**LEYDIG, VOIT & MAYER, LTD.**
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601-6731
Phone: (312)616-5600
Fax: (312)616-5700
Email: lhua@leydig.com

Andrew W. Stinson
State Bar No. 24028013
**RAMEY & FLOCK, P.C.**
100 East Ferguson, Suite 404
Tyler, Texas 75702
Phone: (903) 597-3301
Fax: (903) 597-2413
Email: andys@rameyflock.com


***COUNSEL FOR DEFENDANTS CORIANT***
***(USA) INC., CORIANT NORTH AMERICA,***
***LLC and CORIANT OPERATIONS, INC.***

*/s/ Thomas K. Pratt*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Timothy C. Meece (IL SB No. 6226967)
tmeece@bannerwitcoff.com
J. Pieter van Es (IL SB No. 6210313)
pvanes@bannerwitcoff.com
Thomas K. Pratt (IL SB No. 6209761)
tpratt@bannerwitcoff.com
Timothy J. Rechtien (IL SB No. 6293623)
trechtien@bannerwitcoff.com
**BANNER & WITCOFF, LTD.**
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312-463-5000

***COUNSEL FOR DEFENDANT***
***CIENA CORPORATION***

*/s/ Blair M. Jacobs*
Blair M. Jacobs
Christina A. Ondrick
Patrick J. Stafford
**PAUL HASTINGS LLP**
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1700
blairjacobs@paulhastings.com
christinaondrick@paulhastings.com
patrickstafford@paulhastings.com

Melissa Richards Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257


***COUNSEL FOR DEFENDANT***
***ALCATEL-LUCENT USA INC.***


*/s/ Laura S. Huffman*
Michael E. Jones
mikejones@potterminton.com
**POTTER MINTON**
110 N College Avenue
Suite 500
Tyler, TX 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846

Robert F. Perry
Allison H. Altersohn
Timothy H. Caine
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556 2316
Facsimile: (212) 556 2222
rperry@kslaw.com
aaltersohn@kslaw.com
tcaine@kslaw.com

Laura S. Huffman
*lhuffman@kslaw.com*
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, GA 30309
Telephone: (404) 572-4712
Facsimile: (404) 572-513

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 15, 2017.

*/s/ Eric H. Findlay*
Eric H. Findlay