## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC, | |
| **Plaintiffs**, | **Civil Action No. 2:16-cv-01302** |
| v. | |
| CORIANT (USA) INC., ET AL. | **LEAD CASE** |
| **Defendants.** | |

### PLAINTIFF'S NOTICE OF SUBMISSION OF TECHNOLOGY TUTORIAL

COMES NOW Plaintiff and hereby notifies the Court and all parties of record that on September 15, 2017, Plaintiff submitted via hand delivery its Technology Tutorial to the Court. A copy of the tutorial was also sent electronically to opposing counsel.

Dated:  September 18, 2017

Respectfully submitted,

**OYSTER OPTICS, LLC**

By: /s/ Marc A Fenster by permission Claire Henry
Marc A. Fenster (CA SBN 181067)
E-mail: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
E-mail: rmirzaie@raklaw.com
Amir A. Naini (CA SBN 226627)
Email: anaini@raklaw.com
Neil A. Rubin, CA SBN 250761
Email: nrubin@raklaw.com
Arka Chatterjee (CA SBN 268546)
E-mail: achatterjee@raklaw.com
Stanley H. Thompson, Jr. (CA SBN No. 198825)
Email:  sthompson@raklaw.com
RUSS, AUGUST & KABAT

12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone:     310/826-7474
Facsimile:      310/826-6991

T. John Ward, Jr. (TX SBN 00794818)
E-mail: jw@wsfirm.com
Claire Abernathy Henry (TX SBN 24053063)
E-mail: claire@wsfirm.com
Andrea L. Fair (TX SBN 24078488)
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
P.O. Box 13231
Longview, Texas 75601
Tele: 903/757-6400
Facsimile 903/757-2323

**Attorneys for Plaintiff**
**OYSTER OPTICS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 18th day of September, 2017.

*/s/ Claire Henry*