IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **OYSTER OPTICS, LLC,** *Plaintiff,* v. **CORIANT AMERICA INC. ET AL.,** *Defendant.* | § § § § § § § § § § | Case No. 2:16-cv-1302 LEAD CASE |
| **OYSTER OPTICS, LLC,** *Plaintiff,* v. **CIENA CORPORATION,** *Defendant.* | § § § § § § § § § § § | Case No. 2:17-cv-511 Consolidated Case |

### ORDER STAYING ALL DEADLINES PENDING TRANSFER TO NOTHERN DISTRICT OF CALIFORNIA

Having ordered transfer of Case No. 2:17-cv-511 to the Northern District of California, the Court hereby **ORDERS** *sua sponte* that all proceedings between Plaintiff and Defendant, including all pending deadlines, are **STAYED PENDING TRANSFER** to the Northern District of California.

**So Ordered this**

**Sep 25, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE