**JOINT CLAIM CONSTRUCTION CHART**

# EXHIBIT A

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

**AGREED TERMS**

# U.S. Patent No. 6,594,055

| Claim No. | U.S. Patent No. 6,594,055 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 27 | A fiber optic data transmission system comprising:<br><br>means for phase modulating light as a function of an input electronic data stream and a second electronic data stream having a delay, thus creating a phase-modulated optical signal with encoded information for recovery, the means for phase modulating the light including an output for the phase-modulated optical signal, the phase-modulated optical signal at the optical output being free of amplitude modulation as a function of the input electronic data stream;<br><br>**means for transporting the optical signal**, the transporting means being operably connected to the phase modulating light means; and<br><br>means for receiving the optical signal from the transporting means, the receiving means including an interferometer having a path length difference which is a function of the delay in the second electronic data stream. | [Agreed] | [Agreed] | "means for transporting the optical signal":<br><br>This claim term is governed by 35 U.S.C. § 112(6).<br><br>Function: "transporting the optical signal"<br><br>Corresponding Structure Disclosed in the Specification: optical fiber (2:39-41); optical fiber 20 (Fig. 1, 4:35-38, 4:54-55). |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

## U.S. Patent No. 8,374,511

| Claim No. | U.S. Patent No. 8,374,511 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1 | A method for operating an optical fiber multiplexor comprising:<br><br>feeding input data to a controller of a transmitter of a telecommunications box, the telecommunications box having an electronic data input for the input data and an electronic data output;<br><br>using the controller, controlling a modulator to modulate light from a laser as a function of the input data;<br><br>sending the modulated light as an optical signal from the transmitter over an optical fiber;`<br><br>receiving **the optical signals** from the optical fiber at a receiver of a further telecommunications box and converting **the optical signals** to electronic output data;<br><br>passing **the optical signals** to a photodetector to produce **an electric signal**; and<br><br>**filtering the electrical signal to produce an average optical power**. | [Agreed]<br><br>[Agreed]<br><br>[Agreed]<br><br>[Agreed] | [Agreed]<br><br>[Agreed]<br><br>[Agreed]<br><br>[Agreed] | "the optical signals": the optical signal transmitted by the transmitter<br><br>"an electric signal": an electrical signal<br><br>"the electrical signal": "an electric signal" is the antecedent basis for the term "the electrical signal"<br><br>"filtering the electrical signal to produce an average optical power": filtering the electrical signal from the photodetector to provide the average optical power of the optical signals |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 8,374,511 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 2 | The method as recited in claim 1 further comprising scaling **the electrical signal after filtering** with a logarithmic or linear amplifier. | [Agreed] | [Agreed] | **"the electrical signal after filtering": the filtered electrical signal** |
| 5 | The method as recited in claim 2 further comprising comparing **the electrical signal after scaling is compared** with a reference voltage with a comparator. | [Agreed] | [Agreed] | **"the electrical signal after scaling is compared": the filtered and scaled electrical signal** |
| 9 | A method for operating an optical fiber multiplexor in a phase modulation mode comprising:<br><br>feeding input data to a controller of a transmitter of a telecommunications box, the telecommunications box having an electronic data input for the input data and an electronic data output;<br><br>using the controller, controlling a modulator to phase modulate light from a laser as a function of the input data;<br><br>sending the modulated light as an optical signal from the transmitter over an optical fiber;<br><br>receiving **the optical signals** from the optical fiber at a receiver of a further | [Agreed] | [Agreed] | **"the optical signals": the optical signal transmitted by the transmitter** |
| | | [Agreed] | [Agreed] | **"the phase-modulated optical signals": the phase-modulated optical signal transmitted by the transmitter** |
| | | [Agreed] | [Agreed] | **"an electric signal": an electrical signal** |
| | | [Agreed] | [Agreed] | **"the electrical signal": "an electric signal" is the antecedent basis for the term "the electrical signal"** |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 8,374,511 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | telecommunications box and converting **the optical signals** to electronic output data; passing **the phase-modulated optical signals** to a photodetector to produce **an electric signal**; and **filtering the electrical signal to produce an average optical power**. | [Agreed] | [Agreed] | "filtering the electrical signal to produce an average optical power": filtering the electrical signal from the photodetector to provide the average optical power of the optical signals |
| 10 | The method as recited in claim 9 further comprising scaling **the electrical signal after filtering** with a logarithmic or linear amplifier. | [Agreed] | [Agreed] | "the electrical signal after filtering": the filtered electrical signal |
| 13 | The method as recited in claim 10 further comprising comparing **the electrical signal after scaling is compared** with a reference voltage with a comparator. | [Agreed] | [Agreed] | "the electrical signal after scaling is compared": the filtered and scaled electrical signal |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

## U.S. Patent No. 8,913,898

| Claim No. | U.S. Patent No. 8,913,898 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1 | A transceiver card for a telecommunications box for transmitting data over a first optical fiber and receiving data over a second optical fiber, the transceiver card comprising:<br><br>a transmitter having a laser, a modulator, and a controller configured to receive input data and control the modulator to generate a first optical signal as a function of the input data;<br><br>a fiber output optically connected to the transmitter and configured to optically connect the first optical fiber to the transceiver card;<br><br>a receiver configured to receive a second optical signal from the second optical fiber and to convert **the second optical signal** to output data;<br><br>fiber input optically connected to the receiver and configured to optically connect the second optical fiber to the transceiver card; and<br><br>an energy level detector optically connected between the receiver and the fiber input to measure an energy level of **the second optical signal**, wherein the energy level detector includes a plurality of thresholds. | [Agreed] | [Agreed] | **"the second optical signal": "a second optical signal" is antecedent for "the second optical signal"** |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 8,913,898 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 4 | The transceiver card as recited in claim 3 wherein **the second optical signal** comprises a phase modulated optical signal. | [Agreed] | [Agreed] | "the second optical signal": "a second optical signal" is antecedent for "the second optical signal" |
| 9 | The transceiver card as recited in claim 1 wherein the plurality of thresholds bound an acceptable energy range for **the** received **second optical signal**. | [Agreed] | [Agreed] | "the second optical signal": "a second optical signal" is antecedent for "the second optical signal" |
| 14 | A transceiver card for a telecommunications box for transmitting data over a first optical fiber and receiving data over a second optical fiber, the transceiver card comprising:<br><br>a transmitter having a laser, a modulator, and a controller configured to receive input data and control the modulator to generate a first optical signal as a function of the input data;<br><br>a fiber output optically connected to the transmitter and configured to optically connect the first optical fiber to the transceiver card;<br><br>a receiver configured to receive a second optical signal from the second optical fiber and to convert **the second optical signal** to output data;<br><br>a fiber input optically connected to the receiver | [Agreed] | [Agreed] | "the second optical signal": "a second optical signal" is antecedent for "the second optical signal" |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 8,913,898 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | and configured to optically connect the second optical fiber to the transceiver card; and<br><br>an energy level detector configured to measure an energy level of **the second optical signal**, the energy level detector including a threshold indicating a drop in amplitude of **the second optical signal**. | | | |
| 18 | The transceiver card as recited in claim 14 wherein **the second optical signal** comprises a phase-modulated optical signal. | **[Agreed]** | **[Agreed]** | **"the second optical signal": "a second optical signal" is antecedent for "the second optical signal"** |
| 23 | The transceiver card as recited in claim 14 wherein the plurality of thresholds bound an acceptable energy range for **the** received **second optical signal**. | **[Agreed]** | **[Agreed]** | **"the second optical signal": "a second optical signal" is antecedent for "the second optical signal"** |