**JOINT CLAIM CONSTRUCTION CHART**

EXHIBIT B

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

**DISPUTED TERMS**

# U.S. Patent No. 9,363,012

| Claim No. | U.S. Patent No. 9,363,012 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1. | 1. A telecommunications monitoring method, comprising:<br><br>receiving an incoming optical signal at a downstream termination point, located within an optical multiplexor box, of an optical fiber;<br><br>splitting, within the optical multiplexor box, the incoming optical signal into a data optical signal and a test optical signal;<br><br>**tapping** the data optical signal to produce a **tapped** optical signal;<br><br>processing, within the optical multiplexor box, the data optical signal to produce a data electrical signal indicative of data encoded in the incoming optical signal;<br><br>processing the **tapped** optical signal to produce an electrical signal indicative of a power of the data optical signal; and<br><br>performing, by an optical time-domain reflectometer (**OTDR**) module within the optical multiplexor box, **OTDR** monitoring of an optical fiber selected from: an incoming | **"tap" / "tapping" / "tapped"**<br><br>No construction necessary. If construed, "removing or extracting a portion of an optical signal from an optical fiber or other communications route." | **"tap" / "tapping" / "tapped"**<br><br>"surreptitious breach of an optical signal" | **"tap" / "tapping" / "tapped"** |
| | | **"OTDR"**<br><br>"Optical Time-Domain Reflectometer, a device that can monitor an optical fiber by measuring the time for a light wave to reflect back from a potential fault in the optical fiber | **"OTDR"**<br><br>"fault detection device that uses non-data bearing, discrete high power pulses via a dedicated transmitter and receiver separate from the data transmitter and receiver" | **"OTDR"** |
| | | **"phase modulate" and grammatical variations**<br><br>"alter the phase of light to create an optical signal having a phase that is representative of data" | **"phase modulate" and grammatical variations**<br><br>"alter the phase of light while keeping the amplitude of the light constant to create an optical signal having a | **"phase modulate" and grammatical variations** |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 9,363,012 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | optical fiber associated with the incoming optical signal and an outgoing optical fiber associated with an outgoing optical signal. | | phase that is representative of data" | |
| | | | | |
| 3 | The method as recited in claim 2, wherein processing the **tapped** optical signal includes providing the **tapped** optical signal to a photodetector and amplifying an output of the photodetector. | See "tap" / "tapping" / "tapped" above. | See "tap" / "tapping" / "tapped" above. | See "tap" / "tapping" / "tapped" above. |
| 5 | telecommunications monitoring method, comprising: | See "tap" / "tapping" / "tapped" above. | See "tap" / "tapping" / "tapped" above. | See "tap" / "tapping" / "tapped" above. |
| | receiving, by an optical multiplexor box, an incoming optical signal at a downstream termination of a downstream optical fiber;<br><br>splitting the incoming optical signal into a data optical signal and a test optical signal;<br><br>**tapping** the data optical signal to produce a **tapped** optical signal;<br><br>processing the data optical signal to produce a data electrical signal indicative of data encoded in the incoming optical signal;<br><br>processing the **tapped** optical signal to produce an electrical signal indicative of a | See "OTDR" above. | See "OTDR" above. | See "OTDR" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 9,363,012 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | power of the data optical signal; performing optical time-domain reflectometer (**OTDR**) monitoring of the test optical signal; filtering the electrical signal indicative of the power with a low pass filter to produce an average power signal; amplifying the average power signal to produce an amplified power signal; comparing the amplified power signal to a threshold; and generating an alarm in accordance with a result of said comparing. | | | |
| 9 | A telecommunications signal processing method, comprising: receiving, by an optical **line card**, a **phase modulated** optical signal at a downstream termination point of an optical fiber, wherein the optical signal includes a data optical signal of a first wavelength multiplexed with a test optical signal of a second wavelength; de-multiplexing the data optical signal and the test optical signal; detecting data encoded in the data optical | **"line card"** No construction necessary. See "OTDR" above. See "phase modulate" above. | **"line card"** "card having a transceiver" See "OTDR" above. See "phase modulate" above. | **"line card"** See "OTDR" above. See "phase modulate" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 9,363,012 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | signal;<br><br>performing, by the optical **line card**, optical time-domain reflectometer (**OTDR**) monitoring of the test optical signal. | | | |
| 11 | An optical transceiver **line card** for terminating an optical fiber, the optical transceiver line card comprising: | See "line card" above. | See "line card" above. | See "line card" above. |
| | a printed circuit board to which a plurality of components are affixed, the plurality of components comprising:<br><br>a fiber connector configured to receive a downstream termination point of the optical fiber;<br><br>a wavelength-multiplexed splitter configured to: | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |
| | receive a **phase-modulated** incoming optical signal via the optical fiber; and<br><br>split the incoming optical signal into a data optical signal and a test optical signal, wherein a wavelength of the data optical signal and a wavelength of the test optical signal differ;<br><br>an optical receiver configured to receive the | See "OTDR" above. | See "OTDR" above. | See "OTDR" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 9,363,012 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | data optical signal and produce an electrical signal indicative of data encoded in the incoming optical signal; and<br><br>an optical time-domain reflectometer (**OTDR**) module configured to:<br><br>receive the test optical signal; and<br><br>perform **OTDR** monitoring of the test optical signal. | | | |
| 12 | The optical transceiver **line card** of claim 11, wherein the plurality of components includes:<br><br>a second splitter configured to:<br><br>receive the data optical signal;<br><br>**tap** a signal off of the data optical signal to produce a **tapped** optical signal; and<br><br>pass through a residual of the data optical signal. | See "line card" above.<br><br>See "tap" / "tapping" / "tapped" above. | See "line card" above.<br><br>See "tap" / "tapping" / "tapped" above. | See "line card" above.<br><br>See "tap" / "tapping" / "tapped" above. |
| 13 | The optical transceiver **line card** of claim 12, wherein the plurality of components includes: | See "line card" above.<br><br>**"energy level detector"** | See "line card" above.<br><br>**"energy level detector"** | See "line card" above.<br><br>**"energy level detector"** |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 9,363,012 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | an **energy level detector** configured to:<br><br>receive the **tapped** optical signal; and<br><br>produce an electrical signal indicative of an energy of the **tapped** optical signal. | "device to measure optical power" | "device for optical tap detection" | |
| | | See "tap" / "tapping" / "tapped" above. | See "tap" / "tapping" / "tapped" above. | See "tap" / "tapping" / "tapped" above. |
| 14 | The optical transceiver **line card** of claim 11, wherein the plurality of components includes: | See "line card" above. | See "line card" above. | See "line card" above. |
| | an **OTDR** controller configured for providing monitoring information indicative of the **OTDR** monitoring to a processor bus accessible to an external processor. | See "OTDR" above. | See "OTDR" above. | See "OTDR" above. |
| 15 | The optical transceiver **line card** of claim 14, wherein the plurality of components includes:<br><br>an energy level controller configured for providing energy level threshold information to the processor via the processor bus. | See "line card" above. | See "line card" above. | See "line card" above. |
| 16 | A method for monitoring optical fibers with an optical time domain reflectometer (**OTDR**) module integrated on a transceiver **line card**, | See "OTDR" above. | See "OTDR" above. | See "OTDR" above. |
| | | See "line card" above. | See "line card" above. | See "line card" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 9,363,012 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | the method comprising:<br><br>receiving, by the transceiver card located in an optical multiplexor box, an incoming optical signal at a downstream termination of an optical fiber;<br><br>splitting, within the optical multiplexor box, the incoming optical signal into a data optical signal and a test optical signal;<br><br>**tapping** the data optical signal to produce a **tapped** optical signal;<br><br>processing, within the optical multiplexor box, the data optical signal to produce a data electrical signal indicative of data encoded in the incoming optical signal;<br><br>processing the **tapped** optical signal to produce an electrical signal indicative of a power of the data optical signal;<br><br>receiving the test optical signal by the optical time-domain reflectometer (**OTDR**) module; and<br><br>monitoring, by the **OTDR** module, the optical fiber by performing **OTDR** monitoring of test optical signal. | See "tap" / "tapping" / "tapped" above. | See "tap" / "tapping" / "tapped" above. | See "tap" / "tapping" / "tapped" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 9,363,012 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | | | | |
| 17 | An optical fiber monitoring method, comprising:<br><br>receiving, by a transceiver **line card**, located in an optical multiplexor box and including an integrated optical time-domain reflectometer (**OTDR**), an incoming optical signal via a first optical fiber;<br><br>sending, by the transceiver card, an outgoing optical signal via a second optical fiber;<br><br>**tapping** a **tapped** optical signal off of the incoming optical signal;<br><br>processing, within the optical multiplexor box, a data optical signal split off of the incoming optical signal to produce a data electrical signal indicative of data encoded in the incoming optical signal;<br><br>processing the **tapped** optical signal to produce an electrical signal indicative of a power of the data optical signal; and<br><br>performing, by the integrated **OTDR** module, **OTDR** monitoring of a particular optical fiber selected from the group consisting of: the first optical fiber and the second optical fiber. | See "line card" above.<br><br>See "line card" above.<br><br>See "tap" / "tapping" / "tapped" above.<br><br>See "OTDR" above. | See "line card" above.<br><br>See "line card" above.<br><br>See "tap" / "tapping" / "tapped" above.<br><br>See "OTDR" above. | See "line card" above.<br><br>See "line card" above.<br><br>See "tap" / "tapping" / "tapped" above.<br><br>See "OTDR" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

# U.S. Patent No. 6,594,055

| Claim No. | U.S. Patent No. 6,594,055 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1 | A fiber optic data transmission system comprising:<br><br>a transmitter having a light source producing light, a **phase modulator** for **phase modulating** the light source, and a controller for controlling the **phase modulator** as a function of an input electronic data stream and a second electronic data stream having a delay, the controller having a controller output electronic data stream of a plurality of bits, each bit being either a binary zero or a binary one, the **phase modulator** creating a **phase-modulated** optical signal, for each bit the **phase modulator** imparting on the light for each binary zero of the controller output electronic data stream either a first phase corresponding to the binary zero or a second phase offset 180 degrees from the first phase corresponding to the binary one so as to create the **phase-modulated** optical signal, the transmitter having an optical output for the **phase-modulated** optical signal, the **phase-modulated** optical signal at the optical output being free of amplitude modulation as a function of the input electronic data stream;<br><br>an optical fiber receiving the optical signal; | "**path length difference**"<br><br>"difference in the length of the path"<br><br>"**phase modulate**" and grammatical variations<br><br>"alter the phase of light to create an optical signal having a phase that is representative of data" | "**path length difference**"<br><br>"difference in the physical length of the path"<br><br>"**phase modulate**" and grammatical variations<br><br>"alter the phase of light while keeping the amplitude of the light constant to create an optical signal having a phase that is representative of data" | "**path length difference**"<br><br>"**phase modulate**" and grammatical variations |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 6,594,055 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | and<br><br>a receiver receiving the optical signal from the optical fiber, the receiver having a splitter for splitting the optical signal into a first path and a second path, with a **path length difference** between the first path and second path being a function of the delay in the second electronic data stream. | | | |
| 27 | A fiber optic data transmission system comprising:<br><br>**means for phase modulating light as a function of an input electronic data stream and a second electronic data stream having a delay, thus creating a phase-modulated optical signal with encoded information for recovery**, the means for **phase modulating** the light including an output for the **phase-modulated** optical signal, the **phase-modulated** optical signal at the optical output being free of amplitude modulation as a function of the input electronic data stream;<br><br>means for transporting the optical signal, the transporting means being operably connected to the **phase modulating** light means; and<br><br>**means for receiving the optical signal from the transporting means**, the receiving means | See "phase modulate" above.<br><br>**"means for phase modulating as a function of an input electronic data stream and a second electronic data stream having a delay, thus creating a phase modulated optical signal with encoded information for recovery"**<br><br>This is a means-plus-function term.<br><br>Function: "phase modulating light as a function of an input electronic data stream and a second electronic data stream having a delay, thus creating a | See "phase modulate" above.<br><br>**"means for phase modulating as a function of an input electronic data stream and a second electronic data stream having a delay, thus creating a phase modulated optical signal with encoded information for recovery"**<br><br>This claim term is governed by 35 U.S.C. § 112(6).<br><br>Function: "phase modulating light as a function of an input | See "phase modulate" above.<br><br>**"means for phase modulating as a function of an input electronic data stream and a second electronic data stream having a delay, thus creating a phase modulated optical signal with encoded information for recovery"** |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 6,594,055 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | including an interferometer having a **path length difference** which is a function of the delay in the second electronic data stream. | phase-modulated optical signal with encoded information for recovery." <br><br> The corresponding disclosed structures are: an exclusive-OR gate (Fig. 2 element 118; 3:1-9; 4:62-65; 5:1-3) and a phase modulator (Fig. 1 element 16; 2:33- 34; 3:50-51; 4:42- 43). | electronic data stream and a second electronic data stream having a delay, thus creating a phase modulated optical signal with encoded information for recovery" <br><br> Corresponding Structure: controller 18 including a delayed feedback exclusive-OR gate 118 and a phase modulator 16 receiving the output of the controller 18. '055 pat. 4:41-5:7 (describing that phase modulator 16 shifts the phase of the light in response to controller 18, and that controller 18 implements "a delayed-feedback exclusive-OR gate"), Fig. 1 (illustrating phase modulator 16 coupled to controller 18), Fig. 2 (illustrating controller 18 with the delayed feedback exclusive-OR gate 118). | |
| | | **"means for receiving the optical signal from the** | **"means for receiving the optical signal from the** | **"means for receiving the optical signal from** |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 6,594,055 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | | transporting means"<br><br>This claim term is governed by 35 U.S.C. § 112(6).<br><br>Function: "receiving the optical signal from the transporting means"<br><br>The corresponding disclosed structures are: the receivers described in columns 2 and 3 (2:34-64; 3:25-36; 3:55-60); and/or receiver 30 (4:54-60; 5:26-6:7; Figs. 1, 3). | transporting means"<br><br>This claim term is governed by 35 U.S.C. § 112(6).<br><br>Function: "receiving the optical signal from the transporting means"<br><br>Corresponding Structure: a receiver including an interferometer having a delay fiber, and an output detector. *See* '055 pat. 4:54-55 ("Optical signal 22 is transmitted over fiber 20 to receiver 30."), id. at 4:37-38 ("The system 1 includes a transmitter 10, an optical fiber 20, and a receiver 30."), 4:58-60, Abstract ("The receiver has a splitter for splitting the optical signal into a first path and a second path. The second path has a second path length longer than the first path length."), 5:61-66 (describing output detector 38), 6:1-7 ("The | the transporting means" |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 6,594,055 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | | | interferometer 40 comprising coupler/splitter 34 and 36, fibers 43 and 45, delay fiber 46, and depolarizer 48 thus functions as an optical exclusive-or gate with one input leg delayed for signals arriving at input 41 of coupler 34. Interferometer 40 as a whole thus optically and physically "decodes" the signal OP produced by the delayed feedback exclusive-or gate 118 of FIG. 2.") | |
| | | See "path length difference" above. | See "path length difference" above. | See "path length difference" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

## U.S. Patent No. 7,620,327

| Claim No. | U.S. Patent No. 7,620,327 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1 | A transceiver card for a telecommunications box for transmitting data over a first optical fiber and receiving data over a second optical fiber, the card comprising:<br><br>a transmitter for transmitting data over the first optical fiber, the transmitter having a laser, a modulator, and a controller receiving input data and controlling the modulator as a function of the input data, the transmitter transmitting optical signals for telecommunication as a function of the input data;<br><br>a fiber output optically connected to the laser for connecting the first optical fiber to the card;<br><br>a fiber input for connecting the second optical fiber to the card;<br><br>a **receiver** optically connected to the fiber input for receiving data from the second optical fiber; and<br><br>an **energy level detector** optically connected between the **receiver** and the fiber input to measure an energy level of **the optical signals**, wherein the **energy level detector** includes a | **"the optical signals"**<br><br>No construction necessary. *Alternatively*: "the optical data signals received on the fiber input from the second optical fiber" | **"the optical signals"**<br><br>"transmitting optical signals" is antecedent for "the optical signals," *otherwise*<br><br>Indefinite | **"the optical signals"** |
| | | **"receiver"**<br><br>No construction necessary. | **"receiver"**<br><br>"receiver without a demodulator" | **"receiver"** |
| | | **"energy level detector"**<br><br>device to measure optical power. | **"energy level detector"**<br><br>device for optical tap detection. | **"energy level detector"** |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 7,620,327 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | plurality of thresholds. | | | |
| 3 | The card as recited in claim 1 wherein the modulator is a **phase modulator.** | **"phase modulate" and grammatical variations**<br><br>"alter the phase of light to create an optical signal having a phase that is representative of data" | **"phase modulate" and grammatical variations**<br><br>"alter the phase of light while keeping the amplitude of the light constant to create an optical signal having a phase that is representative of data" | **"phase modulate" and grammatical variations** |
| 13 | The card as recited in claim 1 further comprising a first splitter splitting the optical signal to the **energy level detector**, and a second splitter for an **OTDR**. | **"OTDR"**<br><br>"Optical Time-Domain Reflectometer, a device that can monitor an optical fiber by measuring the time for a light wave to reflect back from a potential fault in the optical fiber | **"OTDR"**<br><br>"fault detection device that uses non-data bearing, discrete high power pulses via a dedicated transmitter and receiver separate from the data transmitter and receiver" | **"OTDR"** |
| | | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 7,620,327 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 14 | A transceiver card for a telecommunications box for transmitting data over a first optical fiber and receiving data over a second optical fiber, the card comprising:<br><br>a transmitter for transmitting data over the first optical fiber, the transmitter having a laser, a modulator and a controller receiving input data and controlling the modulator as a function of the input data, the transmitter transmitting optical signals for telecommunication as a function of the input data;<br><br>a fiber output optically connected to the laser for connecting the first optical fiber to the card;<br><br>a fiber input for connecting the second optical fiber to the card;<br><br>a **receiver** optically connected to the fiber input for receiving data from the second optical fiber; and<br><br>an **energy level detector** optically connected between the **receiver** and the fiber input input to measure an energy level of **the optical signals**, the **energy level detector** including a threshold indicating a drop in amplitude of a **phase-modulated** signal. | See "receiver" above.<br><br>See "energy level detector" above.<br><br>See "the optical signals" above.<br><br>See "phase modulate" above. | See "receiver" above.<br><br>See "energy level detector" above.<br><br>See "the optical signals" above.<br><br>See "phase modulate" above. | See "receiver" above.<br><br>See "energy level detector" above.<br><br>See "the optical signals" above.<br><br>See "phase modulate" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 7,620,327 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 16 | The card as recited in claim 14 wherein the modulator is a **phase modulator**. | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |
| 24 | The card as recited in claim 14 further comprising a first splitter splitting the optical signal to the **energy level detector**, and a second splitter for an **OTDR**. | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |
| | | See "OTDR" above. | See "OTDR" above. | See "OTDR" above. |
| 25 | A transceiver card for a telecommunications box for transmitting data over a first optical fiber and receiving data over a second optical fiber, the card comprising: | See "receiver" above. | See "receiver" above. | See "receiver" above. |
| | | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |
| | a transmitter for transmitting data over the first optical fiber, the transmitter having a laser, a modulator and a controller receiving input data and controlling the modulator as a function of the input data, the transmitter transmitting optical signals for telecommunication as a function of the input data; | See "the optical signals" above. | See "the optical signals" above. | See "the optical signals" above. |
| | | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |
| | a fiber output optically connected to the laser for connecting the first optical fiber to the card; | | | |
| | a fiber input for connecting the second optical fiber to the card; | | | |
| | a **receiver** optically connected to the fiber input for receiving data from the second optical fiber; and | | | |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 7,620,327 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | an **energy level detector** to measure an energy level of **the optical signals**, the **energy level detector** including a threshold indicating a drop in amplitude of a **phase-modulated** signal. | | | |
| 35 | The card as recited in claim 25 further comprising a first splitter splitting the optical signal to the **energy level detector**, and a second splitter for an **OTDR**. | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |
| | | See "OTDR" above. | See "OTDR" above. | See "OTDR" above. |
| 36 | A transceiver card for a telecommunications box for transmitting data over a first optical fiber and receiving data over a second optical fiber, the card comprising:

a transmitter for transmitting data over the first optical fiber, the transmitter having a laser, a modulator and a controller receiving input data and controlling the modulator as a function of the input data, the transmitter transmitting optical signals for telecommunication as a function of the input data;

a fiber output optically connected to the laser for connecting the first optical fiber to the | See "receiver" above. | See "receiver" above. | See "receiver" above. |
| | | See "the optical signals" above. | See "the optical signals" above. | See "the optical signals" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 7,620,327 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | card; a fiber input for connecting the second optical fiber to the card; a **receiver** optically connected to the fiber input for receiving data from the second optical fiber; a splitter to split at least a portion of **the optical signals** to form a split optical signal, a photodetector to measure the split optical signal, the photodetector outputting an electric voltage to correlating to an optical power of the split optical signal, and a detector controller connected electrically to the photodetector. | | | |
| 39 | The card as recited in claim 36 further comprising a second splitter for an **OTDR**. | See "OTDR" above. | See "OTDR" above. | See "OTDR" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

## U.S. Patent No. 8,374,511

| Claim No. | U.S. Patent No. 8,374,511 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1 | A method for operating an optical fiber multiplexor comprising:<br><br>feeding input data to a controller of a transmitter of a telecommunications box, the telecommunications box having an electronic data input for the input data and an electronic data output;<br><br>using the controller, controlling a modulator to modulate light from a laser as a function of the input data;<br><br>sending the modulated light as an optical signal from the transmitter over an optical fiber;<br><br>receiving the optical signals from the optical fiber at a **receiver** of a further telecommunications box and converting the optical signals to electronic output data;<br><br>passing the optical signals to a photodetector to produce an electric signal; and<br><br>filtering the electrical signal to produce an average optical power. | "**receiver**"<br><br>No construction necessary. | "**receiver**"<br><br>"receiver without a demodulator" | "**receiver**" |
| 8 | The method as recited in claim 1 further comprising continuously operating an **OTDR** | "**OTDR**" | "**OTDR**" | "**OTDR**" |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 8,374,511 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | to monitor the optical fiber. | "Optical Time-Domain Reflectometer, a device that can monitor an optical fiber by measuring the time for a light wave to reflect back from a potential fault in the optical fiber" | "fault detection device that uses non-data bearing, discrete high power pulses via a dedicated transmitter and receiver separate from the data transmitter and receiver" | |
| 9 | A method for operating an optical fiber multiplexor in a **phase modulation** mode comprising:<br><br>feeding input data to a controller of a transmitter of a telecommunications box, the telecommunications box having an electronic data input for the input data and an electronic data output;<br><br>using the controller, controlling a modulator to **phase modulate** light from a laser as a function of the input data; | **"phase modulate" and grammatical variations**<br><br>"alter the phase of light to create an optical signal having a phase that is representative of data" | **"phase modulate" and grammatical variations**<br><br>"alter the phase of light while keeping the amplitude of the light constant to create an optical signal having a phase that is representative of data" | **"phase modulate" and grammatical variations** |
| | sending the modulated light as an optical signal from the transmitter over an optical fiber;<br><br>receiving the optical signals from the optical fiber at a **receiver** of a further telecommunications box and converting the optical signals to electronic output data;<br><br>passing the **phase-modulated** optical signals | See "receiver" above. | See "receiver" above. | See "receiver" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 8,374,511 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | to a photodetector to produce an electric signal; and<br><br>filtering the electrical signal to produce an average optical power. | | | |
| 16 | The method as recited in claim 9 further comprising continuously operating an **OTDR** to monitor the optical fiber. | See "OTDR" above. | See "OTDR" above. | See "OTDR" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

## U.S. Patent No. 7,099,592

| Claim No. | U.S. Patent No. 7,099,592 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1 | A card for transmitting data over at least one optical fiber, the card comprising:<br><br>a transmitter having at least one light source and a **phase modulator** for **phase modulating** light from the source so as to create **phase-modulated** optical signals in the light as a function of an input electronic data stream; and<br><br>a receiver having an interferometer for reading received optical signals, the interferometer having a delay loop fiber; and<br><br>a fastening device for securing the delay loop fiber. | **"phase modulate" and grammatical variations**<br><br>"alter the phase of light to create an optical signal having a phase that is representative of data" | **"phase modulate" and grammatical variations**<br><br>"alter the phase of light while keeping the amplitude of the light constant to create an optical signal having a phase that is representative of data" | **"phase modulate" and grammatical variations** |
| 3 | The card as recited in claim 1 further including an **energy level detector**. | **"energy level detector"**<br><br>"device to measure optical power" | **"energy level detector"**<br><br>"device for optical tap detection" | **"energy level detector"** |
| 5 | The card as recited in claim 4 further comprising a switch for switching between an amplitude-modulated mode and a **phase-modulated** mode. | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |
| 10 | The card as recited in claim 1 further comprising a switch for switching between an | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 7,099,592 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | amplitude-modulated mode and a **phase-modulated** mode. | | | |
| 13 | A card for transmitting data over at least one optical fiber, the card comprising:<br><br>a transmitter having at least one light source and a **phase modulator** for **phase modulating** light from the source so as to create **phase-modulated** optical signals in the light as a function of an input electronic data stream; and<br><br>a receiver having an interferometer for reading received optical signals; and a faceplate having a fiber tap signal device for indicating a fiber tap. | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |
| 14 | A card for transmitting data over at least one optical fiber, the card comprising:<br><br>a transmitter having at least one laser and a single **phase modulator** for **phase modulating** all of the light from the laser so as to create **phase-modulated** optical signals in the light as a function of an input electronic data stream;<br><br>a receiver having an interferometer for reading received optical signals; and<br><br>a switch for switching between an amplitude-modulated mode and a **phase-modulated** | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 7,099,592 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | mode. | | | |
| 17 | The card as recited in claim 14 further including an **energy level detector**. | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |
| 19 | The card as recited in claim 14 wherein the card includes a faceplate having a fiber **tap** signal device. | "**tap**" / "**tapping**" / "**tapped**" <br><br> No construction necessary. If construed, "removing or extracting a portion of an optical signal from an optical fiber or other communications route." | "**tap**" / "**tapping**" / "**tapped**" <br><br> "surreptitious breach of an optical signal" | "**tap**" / "**tapping**" / "**tapped**" |

## U.S. Patent No. 6,469,816

| Claim No. | U.S. Patent No. 6,469,816 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1 | A fiber optic data transmission system comprising: <br><br> a transmitter having a laser emitting a continuous wave light, <br><br> a **phase modulator phase modulating** the continuous wave light as a function of an electronic input data stream and of an electronic feedback loop with a feedback time delay, the electronic feedback loop being fed back to the electronic input data stream, so as | "**phase modulate**" and grammatical variations <br><br> "alter the phase of light to create an optical signal having a phase that is representative of data" | "**phase modulate**" and grammatical variations <br><br> "alter the phase of light while keeping the amplitude of the light constant to create an optical signal having a phase that is representative of data" | "**phase modulate**" and grammatical variations |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 6,469,816 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | to create an optical signal bearing information in **phase-modulated** form, and<br><br>a telecommunications optical fiber connected to at least one receiver, the **phase-modulator** being connected to the telecommunications fiber so that the **phase-modulated** information optical signal is transmitted over the telecommnunications fiber without recombining with the continuous wave light, the receiver including an interferometer having a first fiber arm and a second fiber arm and having an interferometric delay being a function of the feedback time delay. | | | |
| 4 | the system as recited in claim 1 wherein the **phase-modulator phase modulates** all of the continuous wave light. | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |
| 7 | A method for sending data in **phase-modulated** form over a telecommunications optical fiber comprising the steps of:<br><br>receiving electronic input data;<br><br>feeding back feedback electronic data with a feedback time delay and combining the feedback electronic data with the electronic input data so as to create an electronic control | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 6,469,816 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | data stream;<br><br>**phase-modulating** continuous wave light from a laser as a function of the electronic control data stream so as to create a **phase-modulated** optical data stream,<br><br>sending the **phase-modulated** optical data stream over a telecommunications optical fiber in a **phase-modulated** form without the continuous wave light entering the optical fiber directly from the laser, and<br><br>receiving the **phase-modulated** optical data and passing the optical data through an interferometer having an interferometric delay being a function of the feedback time delay. | | | |
| 12 | A method for sending data in **phase-modulated** form over a telecommunications optical fiber comprising the steps of:<br><br>receiving electronic input data;<br><br>feeding back feedback electronic data with a feedback time delay and combining the feedback electronic data with the electronic input data so as to create an electronic control data stream;<br><br>**phase-modulating** continuous wave light from a laser as a function of the electronic control | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 6,469,816 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | data stream so as to create a **phase-modulated** optical data stream; sending the **phase-modulated** optical data stream over a telecommunications optical fiber in a **phase-modulated form**, all of the continuous wave light entering the optical fiber being **phase modulated**; monitoring an energy level of the **phase-modulated** optical data stream; and receiving the **phase-modulated** optical data and passing the optical data through an interferometer having an interferometric delay being a function of the feedback time delay. | | | |
| 19 | A fiber optic data transmission system comprising: | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |
| | a transmitter having a laser emitting a continuous wave light, a **phase modulator phase modulating** the continuous wave light so as to create an optical signal bearing information in **phase-modulated** form, and an electronic control circuit for controlling the **phase modulator**, the electronic control circuit including an electronic input data stream, an exclusive-or gate and having a feedback loop with a feedback time delay, the electronic input data stream and the feedback | **"energy level detector"** "device to measure optical power" | **"energy level detector"** "device for optical tap detection" | **"energy level detector"** |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 6,469,816 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | loop passing though the exclusive-or gate;<br><br>a receiver, the receiver including an interferometer having a first fiber arm and a second fiber arm and having an interferometric delay being a function of the feedback time delay;<br><br>a telecommunications optical fiber connected to the receiver, the **phase-modulator** being connected to the telecommunications fiber so that the **phase-modulated** information optical signal is transmitted over the telecommunications fiber without recombining with the continuous wave light; and<br><br>an **energy level detector** detecting an energy level of the **phase-modulated** optical signal in the optical fiber. | | | |
| 20 | The system as recited in claim 19 wherein the receiver includes the **energy level detector**. | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

## U.S. Patent No. 8,913,898

| Claim No. | U.S. Patent No. 8,913,898 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1 | A transceiver card for a telecommunications box for transmitting data over a first optical fiber and receiving data over a second optical fiber, the transceiver card comprising:<br><br>a transmitter having a laser, a modulator, and a controller configured to receive input data and control the modulator to generate a first optical signal as a function of the input data;<br><br>a fiber output optically connected to the transmitter and configured to optically connect the first optical fiber to the transceiver card;<br><br>a **receiver** configured to receive a second optical signal from the second optical fiber and to convert the second optical signal to output data;<br><br>fiber input optically connected to the **receiver** and configured to optically connect the second optical fiber to the transceiver card; and<br><br>an **energy level detector** optically connected between the **receiver** and the fiber input to measure an energy level of the second optical signal, wherein the **energy level detector** includes a plurality of thresholds. | **"receiver"**<br><br>No construction necessary.<br><br>**"energy level detector"**<br><br>"device to measure optical power" | **"receiver"**<br><br>"receiver without a demodulator"<br><br>**"energy level detector"**<br><br>"device for optical tap detection" | **"receiver"**<br><br><br>**"energy level detector"** |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 8,913,898 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 2 | The transceiver card as recited in claim 1 wherein the **energy level detector** includes an OR gate. | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |
| 3 | The transceiver card as recited in claim 1 wherein the modulator is a **phase modulator**. | **"phase modulate" and grammatical variations**<br><br>"alter the phase of light to create an optical signal having a phase that is representative of data" | **"phase modulate" and grammatical variations**<br><br>"alter the phase of light while keeping the amplitude of the light constant to create an optical signal having a phase that is representative of data" | **"phase modulate" and grammatical variations** |
| 4 | The transceiver card as recited in claim 3 wherein the second optical signal comprises a **phase modulated** optical signal. | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |
| 5 | The transceiver card as recited in claim 1 wherein the **energy level detector** includes a photodiode and a linear or logarithmic amplifier scaling an output of the photodiode. | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |
| 7 | The transceiver card as recited in claim 1 wherein the **energy level detector** includes a detector controller capable of setting values for the thresholds. | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 8,913,898 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 12 | The transceiver card as recited in claim 1 wherein the **energy level detector** measures optical power. | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |
| 13 | The transceiver card as recited in claim 1 further comprising a first splitter splitting the optical signal to the **energy level detector**, and a second splitter for an **OTDR**. | **"energy level detector"**<br><br>"device to measure optical power" | **"energy level detector"**<br><br>"device for optical tap detection" | **"energy level detector"** |
| | | **"OTDR"**<br><br>"Optical Time-Domain Reflectometer, a device that can monitor an optical fiber by measuring the time for a light wave to reflect back from a potential fault in the optical fiber | **"OTDR"**<br><br>"fault detection device that uses non-data bearing, discrete high power pulses via a dedicated transmitter and receiver separate from the data transmitter and receiver" | **"OTDR"** |
| 14 | A transceiver card for a telecommunications box for transmitting data over a first optical fiber and receiving data over a second optical fiber, the transceiver card comprising:<br><br>a transmitter having a laser, a modulator, and a controller configured to receive input data and control the modulator to generate a first optical signal as a function of the input data; | See "receiver" above. | See "receiver" above. | See "receiver" above. |
| | | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 8,913,898 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | a fiber output optically connected to the transmitter and configured to optically connect the first optical fiber to the transceiver card;<br><br>a **receiver** configured to receive a second optical signal from the second optical fiber and to convert the second optical signal to output data;<br><br>a fiber input optically connected to the **receiver** and configured to optically connect the second optical fiber to the transceiver card; and<br><br>an **energy level detector** configured to measure an energy level of the second optical signal, the **energy level detector** including a threshold indicating a drop in amplitude of the second optical signal. | | | |
| 15 | The transceiver card of claim 14 wherein the **energy level detector** is optically connected between the receiver and the fiber input. | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |
| 16 | The transceiver card as recited in claim 14 wherein the **energy level detect**or includes an OR gate. | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |
| 17 | The transceiver card as recited in claim 14 wherein the modulator is a **phase modulator**. | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| Claim No. | U.S. Patent No. 8,913,898 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 18 | The transceiver card as recited in claim 14 wherein the second optical signal comprises a **phase-modulated** optical signal. | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |
| 19 | The transceiver card as recited in claim 14 wherein the **energy level detector** includes a photodiode and a linear or logarithmic amplifier scaling an output of the photodiode. | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |
| 21 | The transceiver card as recited in claim 14 wherein the **energy level detector** includes a detector controller capable of setting a value for the threshold. | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |
| 24 | The transceiver card as recited in claim 14 wherein the **energy level detector** measures optical power. | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |
| 25 | The transceiver card as recited in claim 14 further comprising a first splitter splitting the optical signal to the **energy level detector**, and a second splitter for an **OTDR**. | See "OTDR" above. | See "OTDR" above. | See "OTDR" above. |
|  |  | See "energy level detector" above. | See "energy level detector" above. | See "energy level detector" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

# U.S. Patent No. 6,476,952

| Claim No. | U.S. Patent No. 6,476,952 | Oyster Optics' Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1 | A fiber optic data transmission system comprising:<br><br>a transmitter having a laser emitting a continuous wave light, the transmitter including a **phase modulator phase modulating** the continuous wave light and a control circuit controlling the **phase modulator** as a function of an electronic input data stream having a time delay, so as to create a **phase-modulated** optical signal;<br><br>an optical fiber transmitting the **phase-modulated** optical signal; and<br><br>a receiver, the receiver including an interferometer for receiving the **phase-modulated** optical signal, the interferometer having a first arm and a second arm, **the second arm being longer than the first arm**, the interferometer having an interferometric delay corresponding to the time delay and a phase difference imparted by the first and second arms, the control circuit imparting a phase to represent a binary zero or one as a function of the phase difference, the control circuit including a digital-to-analog converter having an **output for altering the phase of** | **"phase modulate" and grammatical variations**<br><br>"alter the phase of light to create an optical signal having a phase that is representative of data" | **"phase modulate" and grammatical variations**<br><br>"alter the phase of light while keeping the amplitude of the light constant to create an optical signal having a phase that is representative of data" | **"phase modulate" and grammatical variations** |
| | | **"the second arm being longer than the first arm"**<br><br>No construction necessary. | **"the second arm being longer than the first arm"**<br><br>"the second arm being physically longer than the first arm" | **"the second arm being longer than the first arm"** |
| | | **"output for altering the phase of the phase modulator"**<br><br>"converted signal used to alter the phase of light in the phase modulator" | **"output for altering the phase of the phase modulator"**<br><br>"converted signal used to modulate the phase of light in the phase modulator" | **"output for altering the phase of the phase modulator"** |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| | | | | |
|---|---|---|---|---|
| | **the phase modulator**. | | | |
| 4 | The system as recited in claim 3 wherein at least one of the first arm and the second arms includes an additional **phase modulator**. | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |
| 5 | The system as recited in claim 1 wherein the control circuit includes a **phase-compensation circuit** for rotating a phase imparted by the **phase modulator** by a predetermined amount. | **"phase compensation circuit"**  "circuit that provides phase compensation" | **"phase compensation circuit"**  "circuit that enables using an interferometer of any phase-difference" | **"phase compensation circuit"** |
| | | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |
| 7 | The system as recited in claim 6 wherein **phase compensation circuit** includes an N-bit register storing the predetermined amount. | See "phase compensation circuit" above. | See "phase compensation circuit" above. | See "phase compensation circuit" above. |
| 8 | The system as recited in claim 7 wherein the **phase compensation circu**it includes an ALU for summing without carry the predetermined amount. | See "phase compensation circuit" above. | See "phase compensation circuit" above. | See "phase compensation circuit" above. |
| 11 | The system as recited in claim 5 wherein the **phase compensation circuit** rotates the phase by an amount equal to [(PD−180)/max(Z,**1**)] mod 360, where PD is the phase difference and Z is the number of bits of delay imposed by the second arm of the interferometer relative to the first arm. | See "phase compensation circuit" above. | See "phase compensation circuit" above. | See "phase compensation circuit" above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| 12 | An optical data transmitter comprising:<br><br>a laser for producing light;<br><br>a **phase modulator phase modulating** the light; and<br><br>an electronic control circuit for receiving an electronic input data stream and controlling the **phase-modulator**, the electronic control circuit including an input data circuit having an electronic delay and a **phase compensation circuit** for altering an output of the input data circuit, the **phase compensation circuit** including an N-bit register for storing a desired phase compensation amount, an ALU for summing without carry the desired phase compensation amount, and a delayed feedback exclusive-or gate having a gate output and receiving the input data stream as an input, and wherein a most significant bit of an ALU output of the ALU is fed together with the gate output through another exclusive-or gate. | See "phase modulate" above.<br><br>See "phase compensation circuit" above. | See "phase modulate" above.<br><br>See "phase compensation circuit" above. | See "phase modulate" above.<br><br>See "phase compensation circuit" above. |
|----|----|----|----|----|
| 13 | A fiber optic data transmission system comprising:<br><br>a transmitter having a laser emitting a continuous wave light, the transmitter including a **phase modulator phase modulating** the continuous wave light and a control circuit controlling the **phase modulator** as a function of an electronic input | See "phase modulate" above.<br><br>See "the second arm being longer than the first arm" above.<br><br>See "phase compensation | See "phase modulate" above.<br><br>See "the second arm being longer than the first arm" above.<br><br>See "phase compensation | See "phase modulate" above.<br><br>See "the second arm being longer than the first arm" above.<br><br>See "phase compensation circuit" |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| | | | |
|---|---|---|---|
| | data stream having a time delay, so as to create a **phase-modulated** optical signal;<br><br>an optical fiber transmitting the **phase-modulated** optical signal; and a receiver, the receiver including an interferometer for receiving the **phase-modulated** optical signal, the interferometer having a first arm and a second arm, **the second arm being longer than the first arm**, the interferometer having an interferometric delay corresponding to the time delay and a phase difference imparted by the first and second arms, the control circuit imparting a phase to represent a binary zero or one as a function of the phase difference,<br><br>the control circuit including a **phase-compensation circuit** for rotating a phase imparted by the **phase modulator** by a predetermined amount wherein the predetermined amount is a function of the phase difference imparted by the interferometer, the **phase compensation circuit** including an N-bit register storing the predetermined amount, an ALU for summing without carry the predetermined amount, and a delayed feedback exclusive or gate having a gate output and receiving the input data steam as an input, and a most significant bit of an ALU output of the ALU being fed together with the gate output through another exclusive-or gate. | circuit" above. | circuit" above. | above. |

Joint Claim Construction Chart
*Oyster Optics, LLC v. Coriant America, Inc., et al.*
Case No. 2:16-cv-01302-JRG

| 14 | The system as recited in claim 13 wherein the control circuit includes a digital-to-analog converter having an output for altering a phase of the **phase modulator**, and the input of the converter is an output of the other exclusive-or gate and least significant bits of the ALU output. | See "phase modulate" above. | See "phase modulate" above. | See "phase modulate" above. |
|---|---|---|---|---|