# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC, <br><br> Plaintiff, <br><br> v. | |
| CORIANT NORTH AMERICA, LLC et al., | No. 2:16-cv-1302-JRG-RSP <br> LEAD CASE |
| INFINERA CORPORATION, | No. 2:16-cv-1295-JRG-RSP |
| ALCATEL-LUCENT USA INC., | No. 2:16-cv-1297-JRG-RSP |
| FUJITSU NETWORK COMMUNICATION, INC., | No. 2:16-cv-1299-JRG-RSP |
| CISCO SYSTEMS, INC., | No. 2:16-cv-1301-JRG-RSP |
| HUAWEI TECHNOLOGIES CO., LTD. et al., <br><br> Defendants. | No. 2:16-cv-1303-JRG-RSP |

**ORDER**

Upon consideration of Defendants' Motion to Stay Pending *Inter Partes* Reviews and the briefing thereof, the Court is of the opinion that the Motion should be denied.

IT IS THEREFORE ORDERED that Defendants' Motion is DENIED.