UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC, *Plaintiff,* v. | |
| CORIANT NORTH AMERICA, LLC ET AL., | 2:16-cv-01302-JRG LEAD CASE |
| INFINERA CORPORATION, | 2:16-cv-01295-JRG |
| ALCATEL-LUCENT USA INC., | 2:16-cv-01297-JRG |
| FUJITSU NETWORK COMMUNICATIONS, INC., | 2:16-cv-01299-JRG |
| CISCO SYSTEMS, INC., | 2:16-cv-01301-JRG |
| HUAWEI TECHNOLOGIES CO., LTD. ET AL., | 2:16-cv-01303-JRG |
| *Defendants.* | |

**JOINT NOTICE REGARDING *MARKMAN* HEARING**

In an effort to streamline the *Markman* hearing on Monday, November 20, 2017, the Parties have agreed to present and request that the Court hear argument on the following, specific terms:

- "energy level detector"
- "phase modulation"
- "OTDR"
- "the optical signals"
- "receiver"

As for the remaining terms, the Parties will rest on the papers unless the Court desires to hear argument on specific additional terms.

1

Dated: November 20, 2017

Respectfully submitted,

By: /s/ Reza Mirzaie
Marc A. Fenster (CA SBN 181067)
E-mail: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
E-mail: rmirzaie@raklaw.com
Amir A. Naini (CA SBN 226627
Email: anaini@raklaw.com
Neil A. Rubin, CA SBN 250761
Email: nrubin@raklaw.com
Arka Chatterjee (CA SBN 268546)
E-mail: achatterjee@raklaw.com
Stanley H. Thompson, Jr. (CA SBN No. 198825)
Email: sthompson@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

T. John Ward, Jr. (TX SBN 00794818)
E-mail: jw@wsfirm.com
Claire Abernathy Henry (TX SBN 24053063)
E-mail: claire@wsfirm.com
Andrea L. Fair (TX SBN 24078488)
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
P.O. Box 13231
Longview, Texas 75601
Tele: 903/757-6400
Facsimile 903/757-2323

*Attorneys for Plaintiff*
*OYSTER OPTICS, LLC*

By: /s/ Dawn M. Jenkins
Matthew D. Satchwell
Illinois Bar No. 6290672
Shuzo Maruyama
Illinois Bar No. 6313434
DLA Piper LLP
444 W. Lake Street, Suite 900
Chicago, Illinois 60606-0089
312.368.2111 – Office
312.236.7516 – Facsimile

matthew.satchwell@dlapiper.com

Dawn M. Jenkins
State Bar No. 24074484
DLA Piper LLP
1000 Louisiana, Suite 2800
Houston, TX 77002
713.425.8454 –Office
713.300.6054 – Facsimile
Dawn.Jenkins@dlapiper.com

***ATTORNEYS FOR DEFENDANT FUJITSU NETWORK COMMUNICATIONS, INC.***

By: */s/ Matthew C. Gaudet*
Eric H. Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
Findlay Craft PC
102 N College Avenue, Suite 900
Tyler, TX 75702
903/534-1100
Fax: 903/534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Louis Norwood Jameson
Matthew Christopher Gaudet
John R Gibson
Duane Morris LLP
1075 Peachtree Street, NE Suite 2000
Atlanta, GA 30309-3929
404/253-6915
Fax: 404/253-6901
Email: wjameson@duanemorris.com
Email: mcgaudet@duanemorris.com
Email: jrgibson@duanemorris.com

Joseph Andrew Powers
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
215-979-1842
Fax: 215-689-3797
Email: japowers@duanemorris.com

John Matthew Baird

3

Duane Morris LLP
505 9th Street, NW, Suite 1000
Washington, DC 20004-2166
202/776-7819
Fax: 202/776-7801
Email: jmbaird@duanemorris.com

Michael J Sacksteder
Fenwick & West
555 California Street, 12th Floor
San Francisco, CA 94104
415/875-2300
Fax: 415/281-1350
Email: msacksteder@fenwick.com

Darren E Donnelly
Armen Nercess Nercessian
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
650.988.8500
Fax: 650.938.5200
Email: ddonnelly@fenwick.com
Email: anercessian@fenwick.com

***ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC.***

By: */s/ James Wang*
Ruffin Cordell
Bar No. 04820550
cordell@fr.com
Indranil Mukerji
MA Bar No. 644059
mukerji@fr.com
Joseph V. Colaianni
D.C. Bar No. 454744
colaianni@fr.com
Stephen A. Marshall
D.C. Bar No. 1012870
smarshall@fr.com
Christopher Dryer *admitted pro hac vice*
D.C. Bar No. 1022460
dryer@fr.com
Laura C. Whitworth *admitted pro hac vice*

4

VA Bar No. 91170
whitworth@fr.com
FISH & RICHARDSON P.C.
The McPherson Building
901 15th Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

William Brown Collier, Jr.
Bar No. 24097519
collier@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

James Wang
Bar No. 24084042
wang@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5070

***COUNSEL FOR DEFENDANT INFINERA CORPORATION***

By: */s/ Leonard Z. Hua*
David M. Airan (admitted *pro hac vice*)
IL State Bar No. 6215687
Leonard Z. Hua (admitted *pro hac vice*)
IL State Bar No. 6303557
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601-6731
Phone: (312)616-5600
Fax: (312)616-5700
Email: dairan@leydig.com
Email: lhua@leydig.com

Andrew W. Stinson
State Bar No. 24028013

RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 404
Tyler, Texas 75702
Phone: (903) 597-3301
Fax: (903) 597-2413
Email: andys@rameyflock.com

***ATTORNEYS FOR DEFENDANTS HUAWEI TECHNOLOGIES CO., LTD., AND HUAWEI TECHNOLOGIES USA, INC.***

By: */s/ Thomas K. Pratt*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Timothy C. Meece (IL SB No. 6226967)
tmeece@bannerwitcoff.com
J. Pieter van Es (IL SB No. 6210313)
pvanes@bannerwitcoff.com
Thomas K. Pratt (IL SB No. 6209761)
tpratt@bannerwitcoff.com
Timothy J. Rechtien (IL SB No. 6293623)
trechtien@bannerwitcoff.com
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312-463-5000

***ATTORNEYS FOR DEFENDANTS CORIANT (USA) INC., CORIANT NORTH AMERICA, LLC AND CORIANT OPERATIONS, INC.***

By: */s/ Allison H. Altersohn*
Michael E. Jones
Potter Minton, a Professional Corporation
110 N College Avenue
Suite 500
Tyler, TX 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846

6

mikejones@potterminton.com

Robert F. Perry
Allison H. Altersohn
Timothy H. Caine
KING & SPALDING LLP 1185
Avenue of the Americas
New York, New York 10036
Telephone: (212) 556 2316
Facsimile: (212) 556 2222
rperry@kslaw.com
aaltersohn@kslaw.com
tcaine@kslaw.com

Laura S. Huffman
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Telephone: (404) 572-4712
Facsimile: (404) 572-513
lhuffman@kslaw.com

***ATTORNEYS FOR DEFENDANT
ALCATEL-LUCENT USA INC.***

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 20, 2017.

/s/ James Wang