FILED UNDER SEAL
PURSUANT TO
PROTECTIVE ORDER


**EXHIBIT B**

EXHIBIT B

INFRINGEMENT OF U.S. 8,374,511 BY FUJITSU

Fujitsu Network Communications ("Fujitsu") infringed one or more claims of U.S. 8,374,511 by selling and offering for sale the Fujitsu 100G OIF 168pin Coherent Transceiver (FIM85200), 100G CFP DCO Transceiver (FIM38000/100; FIM38100/100), 100G/200G CFP2 ACO Transceiver (FIM38500; FIM38100), 100G CFP Transceiver (FIM37101; FIM37102; FIM37201; FIM37102), 100G CFP2 Transceiver (FIM37301; FIM37302; FIM37401; FIM37402), 100G QSFP28 Transceiver (FIM37700; FIM37800), 100G/400G LN Modulator (FTM7992HM; FTM7990HKA), 100G/400G Integrated Coherent Receiver (FIM24901; FIM24721), HD62 OTN Switch Aggregator Unit, TM61 OTU4 OTN Transponder Demarcation Unit, and Flashwave 7420 WDM Platform products, as well as the compatible chassis in which they are installed, and other products operating in a substantially similar manner such as, for example, the Flashwave 9500 Platform product and all compatible components and chassis, and the 1Finity Platform product and all compatible components and chassis. (the "Accused Instrumentalities").

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| 1 | [pre] A method for operating an optical fiber multiplexor comprising: | Fujitsu infringed Claim 1, and the claims discussed herein that directly or indirectly depend on Claim 1, by making, selling, using, offering for sale, and/or causing to be used the Accused Instrumentalities.<br><br>To the extent that the preamble is considered to be a limitation, the Accused Instrumentalities comprise devices that practice a method for operating an optical fiber multiplexor.<br><br>For example:<br>the Fujitsu 1100G OIF 168pin Coherent Transceiver (FIM85200) is a transceiver card with a transmitting and receiving interface for DP-QPSK data. (100G OIF 168pin Coherent Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gtrx/index.html);<br>the Fujitsu 100G CFP DCO Transceiver (FIM38000/100; FIM38100/100) is a transceiver card with a transmitting and receiving interface for DP-QPSK data. (100G CFP DCO Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/cfp-dco/); |

**Deleted:** Accused Instrumentality

1

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
|  |  | the Fujitsu 100G/200G CFP2 ACO Transceiver (FIM38500; FIM38100) is a transceiver card with a transmitting and receiving interface for DP-QPSK data. (100G/200G CFP2 ACO Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/cfp2-aco/); the Fujitsu 100G CFP Transceiver (FIM37101; FIM37102; FIM37201; FIM37102) is a transceiver card with a transmitting and receiving interface for DP-QPSK data (100G CFP Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gcfp/); the Fujitsu 100G CFP2 Transceiver (FIM37301; FIM37302; FIM37401; FIM37402) is a transceiver card with a transmitting and receiving interface for DP-QPSK data (100G CFP2 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gcfp2/); the Fujitsu 100G QSFP28 Transceiver (FIM37700; FIM37800) is a transceiver card with a transmitting and receiving interface for DP-QPSK data (100G QSFP28 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100g-qsfp28/); the Fujitsu 100G/400G LN Modulator (FTM7992HM; FTM7990HKA; FTM7977HQA) is a transceiver card with a transmitting and receiving interface for DP-QPSK data (100G Optical Devices Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-devices/#ln-100g); the Fujitsu 100G/400G Integrated Coherent Receiver (FIM24901; FIM24721) is a component of a transceiver with receiving interface for DP-QPSK data (100G QSFP28 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-devices/#ln-100g); the Fujitsu HD62 OTN Switch Aggregator Unit is a transceiver card with a transmitting and receiving interface for DP-QPSK data (Flashwave CDS Data Sheet); the Fujitsu TM61 OTU4 OTN Transponder Demarcation Unit is a transceiver card with a transmitting and receiving interface for DP-QPSK data (Flashwave CDS Data Sheet); and the Fujitsu Flashwave 7420 WDM Platform a transceiver card with a transmitting and receiving interface for DP-QPSK data (Flashwave 7420 Data Sheet) |

**Deleted:** Accused Instrumentality

2

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | By way of example and without any limitation, the OIF 100G standard taught a transceiver module, as depicted below.  See, e.g., OIF-FD-100G-DWDM-01.0 at 8-9 ("All the blocks illustrated are contained on a single printed circuit board. The large block on the right represents the 100G transceiver module – electro mechanicals. As discussed above this OIF project addresses physical aspects of this module and the electrical data and control interfaces to it.").<br><br><br> Figure 7. Block diagram of a transceiver module <br>By way of example and without any limitation, Fujitsu is a member of the OIF 100G standard.  See, e.g., OIF-DPC-MRX-01.0-IA at 32. |

**Deleted:** Accused Instrumentality

**Deleted:** .  ... [1]

**Deleted:** Alcatel-Lucent

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|

**Deleted:** Accused Instrumentality

## 12  Appendix C: List of companies belonging to the OIF at approval date

| | | |
|---|---|---|
| Acacia Communications | Fujikura | NeoPhotonics |
| ADVA Optical Networking | Fujitsu | NTT Corporation |
| Alcatel-Lucent | Furukawa Electric Japan | Oclaro |
| Altera | Google | Orange |
| AMCC | Hewlett Packard | PacketPhotonics |
| Amphenol Corp. | Hitachi | PETRA |
| Analog Devices | Huawei Technologies | Picometrix |
| Anritsu | IBM Corporation | PMC Sierra |
| Applied Communication Sciences | Infinera | QLogic Corporation |
| Avago Technologies Inc. | Inphi | Qorvo |
| Broadcom | Intel | Ranovus |
| Brocade | Ixia | Rockley Photonics |
| BRPhotonics | JDSU | Samtec Inc. |
| BTI Systems | Juniper Networks | Semtech |
| China Telecom | Kaiam | Spirent Communications |
| Ciena Corporation | Kandou | Sumitomo Electric Industries |
| Cisco Systems | KDDI R&D Laboratories | Sumitomo Osaka Cement |
| ClariPhy Communications | Keysight Technologies, Inc. | TE Connectivity |
| Coriant R&G GmbH | LeCroy | Tektronix |
| CPqD | Luxtera | TELUS Communications, Inc. |
| Deutsche Telekom | M/A-COM Technology Solutions | TeraXion |
| Dove Networking Solutions | Mellanox Technologies | Texas Instruments |
| EMC Corp | Microsemi Inc. | Time Warner Cable |
| Emcore | Microsoft Corporation | US Conec |
| Ericsson | Mitsubishi Electric Corporation | Verizon |
| ETRI | Molex | Xilinx |
| FCI USA LLC | MoSys, Inc. | Yamaichi Electronics Ltd. |
| Fiberhome Technologies Group | MultiPhy Ltd | ZTE Corporation |
| Finisar Corporation | NEC | |

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | ██████████████████████████ ██████████████████████████ ██████████████████████████ |
| | [a] feeding input data to a controller of a transmitter of a telecommunications box, the telecommunications box having an electronic data input for the input data and an electronic data output; | The Accused Instrumentalities feed input data to a controller of a transmitter of a telecommunications box, the telecommunications box having an electronic data input for the input data and an electronic data output.

By way of example and without any limitation, the OIF 100G standard taught that the "signal [framed incoming data] then passes to the transceiver module. Data is converted to drive signals to control the optical modulators. A transmit laser provides the light source for the modulators. On the receive side the incoming signal is mixed with a local oscillator, demodulated into components, detected, amplified, digitized, then passed into the DSP module."   OIF-FD-100G-DWDM-01.0 at 9 (see figure below). |

**Deleted:** Accused Instrumentality

5

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | <br>Figure 7. Block diagram of a transceiver module |

**Deleted:** Accused Instrumentality

**Deleted:** .

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | |

**Deleted:** Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | ████████████████████████████████████ |
| | [b] using the controller, controlling a modulator to modulate light from a laser as a function of the input data; | The Accused Instrumentalities use the controller to control a modulator to modulate light from a laser as a function of the input data.

By way of example and without any limitation, the OIF 100G standard taught that the "signal [framed incoming data] then passes to the transceiver module. Data is converted to drive signals to control the optical modulators. A transmit laser provides the light source for the modulators. On the receive side the incoming signal is mixed with a local oscillator, demodulated into components, detected, amplified, digitized, then passed into the DSP module."   OIF-FD-100G-DWDM-01.0 at 9 (see figure below). |

**Deleted:** Accused Instrumentality

8

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | |  Figure 7. Block diagram of a transceiver module<br><br>By way of example and without any limitation, the OIF 100G standard taught a transmitter module which includes a laser, modulators that modulate phase of the light, drivers, including other components that are not represented, as depicted below. See, e.g., OIF-FD-100G-DWDM-01.0 at 5-6. |

**Deleted:** Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | |  Figure 4. Block diagram of a DP QPSK transmitter module |

Deleted: Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | ███████████████████████████████████████████ |
| | [c] sending the modulated light as an optical signal from the transmitter over an optical fiber; | The Accused Instrumentalities send modulated light as an optical signal from the transmitter over an optical fiber. The Accused Instrumentalities include a fiber output optically connected to an optical fiber to the card. By way of example and without any limitation, the Accused Instrumentalities include an optical fiber interface (100G OIF 168pin Coherent Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gtrx/index.html); 100G/200G CFP2 ACO Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/cfp2-aco/; 100G CFP Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gcfp/; 100G CFP2 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gcfp2/; 100G QSFP28 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100g-qsfp28/; 100G Optical Devices Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-devices/#ln-100g); 100G QSFP28 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-devices/#ln-100g; Flashwave CDS Data Sheet; Flashwave 7420 Data Sheet) |

**Deleted:** Accused Instrumentality

11

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | By way of example and without any limitation, the OIF 100G standard taught a transceiver module in which a modulated light optical signal is transmitted by Tx through a fiber output, as depicted below.  See, e.g., OIF-FD-100G-DWDM-01.0 at 9. |



Figure 7. Block diagram of a transceiver module

In further example and without limitation, the Flashwave 9500 Series and 1Finity products practice a method comprising the step of sending the modulated light as an optical signal from the transmitter over an optical fiber. *See* Exemplary Evidence of Infringement of Claim 1[b].

| | [d] receiving the optical signals from the optical fiber at a receiver of a further | The Accused Instrumentalities receive optical signals from an optical fiber at a receiver of a further telecommunications box and converting the optical signals to electronic output data. The Accused Instrumentalities include a fiber input for connecting an optical fiber. By way of example and without any limitation, the Accused Instrumentalities include an optical fiber |

**Deleted:** Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
|  | telecommunications box and converting the optical signals to electronic output data; | interface (100G OIF 168pin Coherent Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gtrx/index.html); 100G/200G CFP2 ACO Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/cfp2-aco/; 100G CFP Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gcfp/; 100G CFP2 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gcfp2/; 100G QSFP28 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100g-qsfp28/; 100G Optical Devices Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-devices/#ln-100g); 100G QSFP28 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-devices/#ln-100g; Flashwave CDS Data Sheet; Flashwave 7420 Data Sheet) <br><br> By way of example and without any limitation, the OIF 100G standard taught a transceiver module in which the optical signal is received by Rx through a fiber input and converted to electronic output data, as depicted below.  See, e.g., OIF-FD-100G-DWDM-01.0 at 9. |

Deleted: Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | 

Figure 7. Block diagram of a transceiver module

By way of example and without any limitation, the OIF 100G standard taught a receiver module which receives a phase modulated signal through an optical fiber, as depicted below. See, e.g., OIF-FD-100G-DWDM-01.0 at 6. |

**Deleted:** Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | |  Figure 5. Block diagram of a DP QPSK receiver module, shown with balanced detection and outputs. |

**Deleted:** Accused Instrumentality

15

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | <span style="background:black;color:black">████████████</span> |
| | [e] passing the optical signals to a photodetector to produce an electric signal; | The Accused Instrumentalities pass the optical signals to a photodetector to produce an electric signal. As noted above, the OIF 100G standard taught a transceiver module in which the optical signal is received by Rx through a fiber input and converted to electronic output data, as depicted below.  See, e.g., OIF-FD-100G-DWDM-01.0 at 9.<br><br>By way of example and without any limitation, the OIF 100G standard taught a receiver module with a number of optical components that form a demodulator, followed by optical detectors and transimpedance amplifiers, as shown below.  See, e.g., OIF-FD-100G-DWDM-01.0 at 6. |

Deleted: Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | 

Figure 5. Block diagram of a DP QPSK receiver module, shown with balanced detection and outputs.

By way of example and without any limitation, an OIF 100G standard taught that

As indicated in Figure 2-1, the coherent receiver requires the following basic functionality:

1. Eight (8) photo-detectors, comprised of 4 sets of balanced detectors
2. Four (4) linear amplifiers with differential ADC coupled outputs
3. Two (2) ninety degree hybrid mixers with differential outputs
4. A polarization splitting element, separating the input signal into two orthogonal polarizations, with each polarization delivered to a hybrid mixer
5. A polarization maintaining power splitter or polarization splitting element, splitting the local oscillator power equally to the two hybrid mixers.
6. An optical power tap, and monitor photodiode in the signal input path before the signal polarization splitting element. |

**Deleted:** Accused Instrumentality

17

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | 7. A variable optical attenuator in the signal input path before the signal polarization splitting element.<br><br>Additional required functionality for the integrated coherent receiver includes:<br>• Automatic Gain Control (AGC) and/or Manual Gain Control (MGC)<br>• User settable output voltage swing<br>• Independent output swing adjustment for each of the four outputs<br>• Peak indicators for each output<br>(Figure 2-1 is presented below, showing the relationship of the functionalities in addition to the presence of ADC and DSP).  OIF-DPC-MRX-01.0-IA at 10-11. |

**Deleted:** Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | |  |

**Deleted:** Accused Instrumentality

Figure 2-1: Functional diagram of a dual polarization micro intradyne coherent receiver.

Notes:
1. One configuration for the order of the VOA and MPD is shown. The configuration with the MPD followed by the VOA is an equally acceptable configuration.
2. The yellow area enclosed by the dashed line indicates the functionality specified in this implementation agreement.

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | |

**Deleted:** Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | |
| | [f] and filtering the electrical signal to produce an average optical power. | The Accused Instrumentalities filter the electrical signal to produce an average optical power.<br><br>By way of example and without any limitation, an OIF 100G standard disclosed the use of a splitter to split the incoming optical signal to divert a portion of optical signal to the monitor photodiode as the optical signal is received by the receiver for demodulation. The monitor photodiode is used to generate an electrical signal that is filtered to determine an average optical power.  See, e.g., OIF-DPC-MRX-01.0-IA at 10-11; see also the figure below. |

**Deleted:** Accused Instrumentality

**Deleted:**

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | |  Figure 2-1: Functional diagram of a dual polarization micro intradyne coherent receiver.<br><br>Notes:<br>1. One configuration for the order of the VOA and MPD is shown. The configuration with the MPD followed by the VOA is an equally acceptable configuration.<br>2. The yellow area enclosed by the dashed line indicates the functionality specified in this implementation agreement. |

**Deleted:** Accused Instrumentality

**Deleted:** .

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | ████████████████████████████████████ |
| 2 | The method as recited in claim 1 further comprising scaling the electrical signal after filtering with a logarithmic or linear amplifier. | On information and belief, the Accused Instrumentalities scale the electrical signal after filtering with a logarithmic or linear amplifier.<br><br>By way of example and without any limitation, the OIF 100G standard stated that DP QPSK receiver module contains optical detectors and amplifiers, as depicted below. See, e.g., OIF-FD-100G-DWDM-01.0 at 6.<br><br><br><br>Figure 5. Block diagram of a DP QPSK receiver module, shown with balanced detection and outputs.<br><br>By way of example and without any limitation, an OIF 100G standard taught that<br>    As indicated in Figure 2-1, the coherent receiver requires the following basic functionality:<br>        1. Eight (8) photo-detectors, comprised of 4 sets of balanced detectors |

Deleted: Accused Instrumentality

23

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | 2. Four (4) linear amplifiers with differential ADC coupled outputs<br>3. Two (2) ninety degree hybrid mixers with differential outputs<br>4. A polarization splitting element, separating the input signal into two orthogonal polarizations, with each polarization delivered to a hybrid mixer<br>5. A polarization maintaining power splitter or polarization splitting element, splitting the local oscillator power equally to the two hybrid mixers.<br>6. An optical power tap, and monitor photodiode in the signal input path before the signal polarization splitting element.<br>7. A variable optical attenuator in the signal input path before the signal polarization splitting element.<br>Additional required functionality for the integrated coherent receiver includes:<br>• Automatic Gain Control (AGC) and/or Manual Gain Control (MGC)<br>• User settable output voltage swing<br>• Independent output swing adjustment for each of the four outputs<br>• Peak indicators for each output<br>(Figure 2-1 is presented below, showing the relationship of the functionalities in addition to the presence of ADC and DSP).  OIF-DPC-MRX-01.0-IA at 10-11. |

**Deleted:** Accused Instrumentality

24

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | 

**Figure 2-1: Functional diagram of a dual polarization micro intradyne coherent receiver.**

Notes:
1. One configuration for the order of the VOA and MPD is shown. The configuration with the MPD followed by the VOA is an equally acceptable configuration.
2. The yellow area enclosed by the dashed line indicates the functionality specified in this implementation agreement.

On information and belief, the Flashwave 9500 Series and 1Finity Products practice the method as recited in claim 1 further comprising scaling the electrical signal after filtering with a logarithmic or linear amplifier. |
| 3 | The method as recited in claim 2 wherein the scaling is a function of an | On information and belief, the Accused Instrumentalities scale the electrical signal as a function of an expected optical power level. |

Deleted: Accused Instrumentality

25

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | expected optical power level. | By way of example and without any limitation, an OIF 100G standard taught that devices should have "Alarm/Warning Threshold Registers," including an "RX Power Monitor Alarm/Warning Threshold Select." (OIF-CFP2-ACO-01.0, at 81) The the electrical signal is scaled as a function of an expected optical power level so that the alarm/warning threshold settings provide a meaningful indication of when the power is out of an acceptable range. |
| 4 | The method as recited in claim 2 wherein the scaling is a function of a span | On information and belief, the Accused Instrumentalities scale the electrical signal as a function of a span length of the optical fiber. |

**Deleted:** Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | length of the optical fiber. | By way of example and without any limitation, an OIF 100G standard taught that devices should have "Alarm/Warning Threshold Registers," including an "RX Power Monitor Alarm/Warning Threshold Select." (OIF-CFP2-ACO-01.0, at 81) The electrical signal is scaled as a function of an expected optical power level, such as that correlating to a span length of the optical fiber. so that the alarm/warning threshold settings provide a meaningful indication of when the power is out of an acceptable range.  ██████████████████████████ |
| 9 | [pre] A method for operating an optical fiber multiplexor in a phase modulation mode comprising: | Fujitsu infringed Claim 1, and the claims discussed herein that directly or indirectly depend on Claim 1, by making, selling, using, offering for sale, and/or causing to be used the Accused Instrumentalities.<br><br>To the extent that the preamble is considered to be a limitation, the Accused Instrumentalities comprise devices that practice a method for operating an optical fiber multiplexor.<br><br>For example:<br>the Fujitsu 1100G OIF 168pin Coherent Transceiver (FIM85200) is a transceiver card with a transmitting and receiving interface for DP-QPSK data. (100G OIF 168pin Coherent Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gtrx/index.html);<br>the Fujitsu 100G CFP DCO Transceiver (FIM38000/100; FIM38100/100) is a transceiver card with a transmitting and receiving interface for DP-QPSK data. (100G CFP DCO Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/cfp-dco/);<br>the Fujitsu 100G/200G CFP2 ACO Transceiver (FIM38500; FIM38100) is a transceiver card with a transmitting and receiving interface for DP-QPSK data. (100G/200G CFP2 ACO Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/cfp2-aco/); |

**Deleted:** Accused Instrumentality

27

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | the Fujitsu 100G CFP Transceiver (FIM37101; FIM37102; FIM37201; FIM37102) is a transceiver card with a transmitting and receiving interface for DP-QPSK data (100G CFP Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gcfp/);<br>the Fujitsu 100G CFP2 Transceiver (FIM37301; FIM37302; FIM37401; FIM37402) is a transceiver card with a transmitting and receiving interface for DP-QPSK data (100G CFP2 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gcfp2/);<br>the Fujitsu 100G QSFP28 Transceiver (FIM37700; FIM37800) is a transceiver card with a transmitting and receiving interface for DP-QPSK data (100G QSFP28 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100g-qsfp28/);<br>the Fujitsu 100G/400G LN Modulator (FTM7992HM; FTM7990HKA; FTM7977HQA) is a transceiver card with a transmitting and receiving interface for DP-QPSK data (100G Optical Devices Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-devices/#ln-100g);<br>the Fujitsu 100G/400G Integrated Coherent Receiver (FIM24901; FIM24721) is a component of a transceiver with receiving interface for DP-QPSK data (100G QSFP28 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-devices/#ln-100g);<br>the Fujitsu HD62 OTN Switch Aggregator Unit is a transceiver card with a transmitting and receiving interface for DP-QPSK data (Flashwave CDS Data Sheet);<br>the Fujitsu TM61 OTU4 OTN Transponder Demarcation Unit is a transceiver card with a transmitting and receiving interface for DP-QPSK data (Flashwave CDS Data Sheet); and<br>the Fujitsu Flashwave 7420 WDM Platform a transceiver card with a transmitting and receiving interface for DP-QPSK data (Flashwave 7420 Data Sheet)<br><br>By way of example and without any limitation, the OIF 100G standard taught a transceiver module, as depicted below.  See, e.g., OIF-FD-100G-DWDM-01.0 at 8-9 ("All the blocks illustrated are contained on a single printed circuit board. The large block on the right represents the 100G transceiver module – electro mechanicals. As discussed above this OIF project addresses physical aspects of this module and the electrical data and control interfaces to it."). |

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | |  Figure 7. Block diagram of a transceiver module<br><br>By way of example and without any limitation, Fujitsu is a member of the OIF 100G standard. See, e.g., OIF-DPC-MRX-01.0-IA at 32. |

**Deleted:** Accused Instrumentality

**Deleted:** .  ... [2]

**Deleted:** Alcatel-Lucent

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | **12  Appendix C: List of companies belonging to the OIF at approval date** |

**Deleted:** Accused Instrumentality

| | | |
|---|---|---|
| Acacia Communications | Fujikura | NeoPhotonics |
| ADVA Optical Networking | Fujitsu | NTT Corporation |
| Alcatel-Lucent | Furukawa Electric Japan | Oclaro |
| Altera | Google | Orange |
| AMCC | Hewlett Packard | PacketPhotonics |
| Amphenol Corp. | Hitachi | PETRA |
| Analog Devices | Huawei Technologies | Picometrix |
| Anritsu | IBM Corporation | PMC Sierra |
| Applied Communication Sciences | Infinera | QLogic Corporation |
| Avago Technologies Inc. | Inphi | Qorvo |
| Broadcom | Intel | Ranovus |
| Brocade | Ixia | Rockley Photonics |
| BRPhotonics | JDSU | Samtec Inc. |
| BTI Systems | Juniper Networks | Semtech |
| China Telecom | Kaiam | Spirent Communications |
| Ciena Corporation | Kandou | Sumitomo Electric Industries |
| Cisco Systems | KDDI R&D Laboratories | Sumitomo Osaka Cement |
| ClariPhy Communications | Keysight Technologies, Inc. | TE Connectivity |
| Coriant R&G GmbH | LeCroy | Tektronix |
| CPqD | Luxtera | TELUS Communications, Inc. |
| Deutsche Telekom | M/A-COM Technology Solutions | TeraXion |
| Dove Networking Solutions | Mellanox Technologies | Texas Instruments |
| EMC Corp | Microsemi Inc. | Time Warner Cable |
| Emcore | Microsoft Corporation | US Conec |
| Ericsson | Mitsubishi Electric Corporation | Verizon |
| ETRI | Molex | Xilinx |
| FCI USA LLC | MoSys, Inc. | Yamaichi Electronics Ltd. |
| Fiberhome Technologies Group | MultiPhy Ltd | ZTE Corporation |
| Finisar Corporation | NEC | |

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | ███████████████ |
| | | ███████████████ |
| | | ███████████████ |
| | | ███████████████ |
| | [a] feeding input data to a controller of a transmitter of a | The Accused Instrumentalities feed input data to a controller of a transmitter of a telecommunications box, the telecommunications box having an electronic data input for the input data and an electronic data output. |

**Deleted:** Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | telecommunications box, the telecommunications box having an electronic data input for the input data and an electronic data output; | By way of example and without any limitation, the OIF 100G standard taught that the "signal [framed incoming data] then passes to the transceiver module. Data is converted to drive signals to control the optical modulators. A transmit laser provides the light source for the modulators. On the receive side the incoming signal is mixed with a local oscillator, demodulated into components, detected, amplified, digitized, then passed into the DSP module."   OIF-FD-100G-DWDM-01.0 at 9 (see figure below).<br><br><br><br>Figure 7. Block diagram of a transceiver module<br><br>By way of example and without any limitation, Fujitsu's Flashwave 9500 Series products and 1Finity products comprise a method for feeding input data to a controller of a transmitter of a telecommunications box, the telecommunications box having an electronic data input for the input data and an electronic data output. *See, e.g.,* Exemplary Evidence of Infringement of |

**Deleted:** Accused Instrumentality

**Deleted:** .

32

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | Claim 1[a]. |
| | [b] using the controller, controlling a modulator to phase modulate light from a laser as a function of the input data; | The Accused Instrumentalities use the controller to control a modulator to modulate light from a laser as a function of the input data. |

Deleted: Accused Instrumentality

By way of example and without any limitation, the OIF 100G standard taught that the "signal [framed incoming data] then passes to the transceiver module. Data is converted to drive signals to control the optical modulators. A transmit laser provides the light source for the modulators. On the receive side the incoming signal is mixed with a local oscillator, demodulated into components, detected, amplified, digitized, then passed into the DSP module."   OIF-FD-100G-DWDM-01.0 at 9 (see figure below).



Figure 7. Block diagram of a transceiver module

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | By way of example and without any limitation, the OIF 100G standard taught a transmitter module which includes a laser, modulators that modulate phase of the light, drivers, including other components that are not represented, as depicted below. See, e.g., OIF-FD-100G-DWDM-01.0 at 5-6.<br><br><br><br>Figure 4. Block diagram of a DP QPSK transmitter module<br><br>By way of example and without any limitation, Fujitsu's Flashwave 9500 Series products and 1Finity products comprise a method for using the controller, controlling a modulator to phase modulate light from a laser as a function of the input data. *See, e.g.,* Exemplary Evidence of Infringement of Claim 1[b]. |
| | [c] sending the modulated light as an optical signal from the transmitter over an optical fiber; | The Accused Instrumentalities send modulated light as an optical signal from the transmitter over an optical fiber. The Accused Instrumentalities include a fiber output optically connected to an optical fiber to the card. By way of example and without any limitation, the Accused Instrumentalities include an optical fiber interface (100G OIF 168pin Coherent Transceiver |

34

Deleted: Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gtrx/index.html); 100G/200G CFP2 ACO Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/cfp2-aco/; 100G CFP Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gcfp/; 100G CFP2 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gcfp2/; 100G QSFP28 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100g-qsfp28/; 100G Optical Devices Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-devices/#ln-100g); 100G QSFP28 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-devices/#ln-100g; Flashwave CDS Data Sheet; Flashwave 7420 Data Sheet) <br><br> By way of example and without any limitation, the OIF 100G standard taught a transceiver module in which a modulated light optical signal is transmitted by Tx through a fiber output, as depicted below.  See, e.g., OIF-FD-100G-DWDM-01.0 at 9. |

**Deleted:** Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | |  Figure 7. Block diagram of a transceiver module<br><br>By way of example and without any limitation, Fujitsu's Flashwave 9500 Series products and 1Finity products comprise a method for sending the modulated light as an optical signal from the transmitter over an optical fiber. *See, e.g.,* Exemplary Evidence of Infringement of Claim 1[c]. |
| | [d] receiving the optical signals from the optical fiber at a receiver of a further telecommunications box and converting the optical signals to | The Accused Instrumentalities receive optical signals from an optical fiber at a receiver of a further telecommunications box and converting the optical signals to electronic output data. The Accused Instrumentalities include a fiber input for connecting an optical fiber. By way of example and without any limitation, the Accused Instrumentalities include an optical fiber interface (100G OIF 168pin Coherent Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gtrx/index.html); |

Deleted: Accused Instrumentality

Deleted:  .

36

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | electronic output data; | 100G/200G CFP2 ACO Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/cfp2-aco/; 100G CFP Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gcfp/; 100G CFP2 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100gcfp2/; 100G QSFP28 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-modules/100g-qsfp28/; 100G Optical Devices Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-devices/#ln-100g); 100G QSFP28 Transceiver Product Page, http://www.fujitsu.com/jp/group/foc/en/products/optical-devices/#ln-100g; Flashwave CDS Data Sheet; Flashwave 7420 Data Sheet) <br><br> By way of example and without any limitation, the OIF 100G standard taught a transceiver module in which the optical signal is received by Rx through a fiber input and converted to electronic output data, as depicted below.  See, e.g., OIF-FD-100G-DWDM-01.0 at 9. |

**Deleted:** Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
|  |  |  Figure 7. Block diagram of a transceiver module<br><br>By way of example and without any limitation, the OIF 100G standard taught a receiver module which receives a phase modulated signal through an optical fiber, as depicted below. See, e.g., OIF-FD-100G-DWDM-01.0 at 6. |

**Deleted:** Accused Instrumentality

**Deleted:** Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | <br>Figure 5. Block diagram of a DP QPSK receiver module, shown with balanced detection and outputs.<br>By way of example and without any limitation, Fujitsu's Flashwave 9500 Series products and 1Finity products comprise a method for receiving the optical signals from the optical fiber at a receiver of a further telecommunications box and converting the optical signals to electronic output data. *See, e.g.,* Exemplary Evidence of Infringement of Claim 1[d]. |
| | [e] passing the phase-modulated optical signals to a photodetector to produce an electric signal; and | The Accused Instrumentalities pass the optical signals to a photodetector to produce an electric signal. As noted above, the OIF 100G standard taught a transceiver module in which the optical signal is received by Rx through a fiber input and converted to electronic output data, as depicted below.  See, e.g., OIF-FD-100G-DWDM-01.0 at 9.<br><br>By way of example and without any limitation, the OIF 100G standard taught a receiver module with a number of optical components that form a demodulator, followed by optical detectors and transimpedance amplifiers, as shown below.  See, e.g., OIF-FD-100G-DWDM-01.0 at 6. |

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | |  Figure 5. Block diagram of a DP QPSK receiver module, shown with balanced detection and outputs.<br><br>By way of example and without any limitation, an OIF 100G standard taught that<br>    As indicated in Figure 2-1, the coherent receiver requires the following basic functionality:<br>        1. Eight (8) photo-detectors, comprised of 4 sets of balanced detectors<br>        2. Four (4) linear amplifiers with differential ADC coupled outputs<br>        3. Two (2) ninety degree hybrid mixers with differential outputs<br>        4. A polarization splitting element, separating the input signal into two orthogonal polarizations, with each polarization delivered to a hybrid mixer<br>        5. A polarization maintaining power splitter or polarization splitting element, splitting the local oscillator power equally to the two hybrid mixers.<br>        6. An optical power tap, and monitor photodiode in the signal input path before the signal polarization splitting element. |

**Deleted:** Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | 7. A variable optical attenuator in the signal input path before the signal polarization splitting element. Additional required functionality for the integrated coherent receiver includes: • Automatic Gain Control (AGC) and/or Manual Gain Control (MGC) • User settable output voltage swing • Independent output swing adjustment for each of the four outputs • Peak indicators for each output (Figure 2-1 is presented below, showing the relationship of the functionalities in addition to the presence of ADC and DSP).  OIF-DPC-MRX-01.0-IA at 10-11. |

**Deleted:** Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | |  Figure 2-1: Functional diagram of a dual polarization micro intradyne coherent receiver.<br><br>Notes:<br>1. One configuration for the order of the VOA and MPD is shown. The configuration with the MPD followed by the VOA is an equally acceptable configuration.<br>2. The yellow area enclosed by the dashed line indicates the functionality specified in this implementation agreement.<br><br>By way of example and without any limitation, Fujitsu's Flashwave 9500 Series products and 1Finity products comprise a method for passing the phase-modulated optical signals to a photodetector to produce an electric signal. *See, e.g.*, Exemplary Evidence of Infringement of Claim 1[e]. |
| | [f] filtering the electrical signal to produce an average | The Accused Instrumentalities filter the electrical signal to produce an average optical power. |

**Deleted:** Accused Instrumentality

**Deleted:** e

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | optical power. | By way of example and without any limitation, an OIF 100G standard disclosed the use of a splitter to split the incoming optical signal to divert a portion of optical signal to the monitor photodiode as the optical signal is received by the receiver for demodulation.  The monitor photodiode is used to generate an electrical signal that is filtered to determine an average optical power.  See, e.g., OIF-DPC-MRX-01.0-IA at 10-11; see also the figure below. |

**Deleted:** Accused Instrumentality



**Figure 2-1: Functional diagram of a dual polarization micro intradyne coherent receiver.**

Notes:
1. One configuration for the order of the VOA and MPD is shown. The configuration with the MPD followed by the VOA is an equally acceptable configuration.
2. The yellow area enclosed by the dashed line indicates the functionality specified in this implementation agreement.

By way of example and without any limitation, Fujitsu's Flashwave 9500 Series products and 1Finity products comprise a method for filtering the electrical signal to produce an average

**Deleted:** .

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | optical power. *See, e.g.,* Exemplary Evidence of Infringement of Claim 1[f]. |
| 10 | The method as recited in claim 9 further comprising scaling the electrical signal after filtering with a logarithmic or linear amplifier. | On information and belief, the Accused Instrumentalities scale the electrical signal after filtering with a logarithmic or linear amplifier.<br><br>By way of example and without any limitation, the OIF 100G standard stated that DP QPSK receiver module contains optical detectors and amplifiers, as depicted below. See, e.g., OIF-FD-100G-DWDM-01.0 at 6.<br><br><br><br>Figure 5. Block diagram of a DP QPSK receiver module, shown with balanced detection and outputs.<br><br>By way of example and without any limitation, an OIF 100G standard taught that<br>    As indicated in Figure 2-1, the coherent receiver requires the following basic functionality:<br>        1. Eight (8) photo-detectors, comprised of 4 sets of balanced detectors<br>        2. Four (4) linear amplifiers with differential ADC coupled outputs<br>        3. Two (2) ninety degree hybrid mixers with differential outputs |

Deleted: Accused Instrumentality

44

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | | 4. A polarization splitting element, separating the input signal into two orthogonal polarizations, with each polarization delivered to a hybrid mixer<br>5. A polarization maintaining power splitter or polarization splitting element, splitting the local oscillator power equally to the two hybrid mixers.<br>6. An optical power tap, and monitor photodiode in the signal input path before the signal polarization splitting element.<br>7. A variable optical attenuator in the signal input path before the signal polarization splitting element.<br>Additional required functionality for the integrated coherent receiver includes:<br>• Automatic Gain Control (AGC) and/or Manual Gain Control (MGC)<br>• User settable output voltage swing<br>• Independent output swing adjustment for each of the four outputs<br>• Peak indicators for each output<br>(Figure 2-1 is presented below, showing the relationship of the functionalities in addition to the presence of ADC and DSP).  OIF-DPC-MRX-01.0-IA at 10-11. |

**Deleted:** Accused Instrumentality

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | |  **Figure 2-1: Functional diagram of a dual polarization micro intradyne coherent receiver.** Notes: 1. One configuration for the order of the VOA and MPD is shown. The configuration with the MPD followed by the VOA is an equally acceptable configuration. 2. The yellow area enclosed by the dashed line indicates the functionality specified in this implementation agreement. By way of example and without any limitation, Fujitsu's Flashwave 9500 Series products and 1Finity products comprise the method as recited in claim 9 further comprising scaling the electrical signal after filtering with a logarithmic or linear amplifier. *See, e.g.,* Exemplary Evidence of Infringement of Claim 2. |
| 11 | The method as recited in claim 10 wherein the scaling is | On information and belief, the Accused Instrumentalities scale the electrical signal as a function of an expected optical power level. |

**Deleted:** Accused Instrumentality

46

| Asserted Claim No. | Claim Element | Exemplary Evidence of Infringement |
|---|---|---|
| | a function of an expected optical power level. | By way of example and without any limitation, an OIF 100G standard taught that devices should have "Alarm/Warning Threshold Registers," including an "RX Power Monitor Alarm/Warning Threshold Select." (OIF-CFP2-ACO-01.0, at 81) The the electrical signal is scaled as a function of an expected optical power level so that the alarm/warning threshold settings provide a meaningful indication of when the power is out of an acceptable range.<br><br>By way of example and without any limitation, Fujitsu's Flashwave 9500 Series products and 1Finity products comprise the method as recited in claim 10 wherein the scaling is a function of an expected optical power level. *See, e.g.,* Exemplary Evidence of Infringement of Claim 3. |
| 12 | The method as recited in claim 10 wherein the scaling is a function of a span length of the optical fiber. | On information and belief, the Accused Instrumentalities scale the electrical signal as a function of a span length of the optical fiber.<br><br>By way of example and without any limitation, an OIF 100G standard taught that devices should have "Alarm/Warning Threshold Registers," including an "RX Power Monitor Alarm/Warning Threshold Select." (OIF-CFP2-ACO-01.0, at 81) The electrical signal is scaled as a function of an expected optical power level, such as that correlating to a span length of the optical fiber. so that the alarm/warning threshold settings provide a meaningful indication of when the power is out of an acceptable range.<br><br>By way of example and without any limitation, Fujitsu's Flashwave 9500 Series products and 1Finity products comprise the method as recited in claim 10 wherein the scaling is a function of a span length of the optical fiber. *See, e.g.,* Exemplary Evidence of Infringement of Claim 4. |

**Deleted:** Accused Instrumentality

| Page 3: [1] Deleted | Arka Chatterjee | 12/4/17 1:56:00 PM |

| Page 29: [2] Deleted | Arka Chatterjee | 12/4/17 1:56:00 PM |