**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **OYSTER OPTICS, LLC,**<br><br>    **Plaintiffs,**<br><br>  **v.**<br><br>**CORIANT (USA) INC., ET AL.**<br><br>    **Defendants.** | **Civil Action No. 2:16-cv-01302**<br><br><br>**LEAD CASE** |

**JOINT STATUS REPORT REGARDING
PENDING DISCOVERY MOTION (DKT. 205)**

  Oyster Optics, LLC ("Plaintiff") and Defendant Cisco Systems, Inc. ("Defendant") provide this report, pursuant to the Court's Discovery Order, of their efforts to resolve Plaintiff's Motion to Compel Discovery From Cisco Systems, Inc. [Dkt. 205] ("Motion"), currently set for hearing on March 8, 2018. Pursuant to the Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes ("Standing Order"), following the issuance of the Court's order on February 28, 2018 setting the motion for hearing, lead and local counsel – Reza Mirzaie, Claire Henry, and Andrea Fair for Plaintiff, and Woody Jameson and Eric Findlay for Defendant – conducted a teleconference regarding the Motion. The parties discussed their respective positions with respect to the relief sought by the Motion in an effort to resolve their disputes.

  The parties remain at an impasse regarding the relief sought and will require the scheduled hearing to resolve.

Additionally, Plaintiff's Certificate of Conference for its Motion to Compel (ECF No. 205) stated that Reza Mirzaie participated in the meet-and-confer in advance of filing the Motion. Pursuant to Local Rule CV-7(h), paragraph 9 of the Discovery Order, and this Court's Standing Order, Plaintiff notes that Plaintiff's local counsel, Claire Henry, also participated in the meet-and-confer.

Dated: March 7, 2018

Respectfully submitted,

By: /s/ *Reza Mirzaie w/permission Andrea Fair*
Marc A. Fenster (CA SBN 181067)
E-mail: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
E-mail: rmirzaie@raklaw.com
Amir A. Naini (CA SBN 226627
Email: anaini@raklaw.com
Neil A. Rubin, CA SBN 250761
Email: nrubin@raklaw.com
Arka Chatterjee (CA SBN 268546)
E-mail: achatterjee@raklaw.com
Stanley H. Thompson, Jr. (CA SBN No. 198825)
Email: sthompson@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone:     310/826-7474
Facsimile:      310/826-6991

T. John Ward, Jr. (TX SBN 00794818)
E-mail: jw@wsfirm.com
Claire Abernathy Henry (TX SBN 24053063)
E-mail: claire@wsfirm.com
Andrea L. Fair (TX SBN 24078488)
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
P.O. Box 13231
Longview, Texas 75601
Tele: 903/757-6400

Facsimile 903/757-2323

**Attorneys for Plaintiff**
**OYSTER OPTICS, LLC**


*/s/ Eric H. Findlay w/permission Andrea Fair*

Eric H. Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020) Findlay Craft PC
102 N College Avenue, Suite 900
Tyler, TX 75702
903/534-1100
Fax: 903/534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com


Louis Norwood
Jameson Matthew
Christopher Gaudet
John R Gibson
Duane Morris LLP
1075 Peachtree Street, NE Suite 2000
Atlanta, GA 30309-3929
404/253-6915
Fax: 404/253-6901
Email: wjameson@duanemorris.com
Email: mcgaudet@duanemorris.com
Email: jrgibson@duanemorris.com

Joseph Andrew Powers
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
215-979-1842
Fax: 215-689-3797
Email: japowers@duanemorris.com

John Matthew Baird
Duane Morris LLP
505 9th Street, NW, Suite 1000
Washington, DC 20004-2166
202/776-7819
Fax: 202/776-7801
Email: jmbaird@duanemorris.com

Michael J Sacksteder
Fenwick & West
555 California Street, 12th Floor
San Francisco, CA 94104
415/875-2300
Fax: 415/281-1350
Email: msacksteder@fenwick.com

Darren E Donnelly
Armen Nercess Nercessian Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
650.988.8500
Fax: 650.938.5200
Email: ddonnelly@fenwick.com
Email: anercessian@fenwick.com

**ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 7th day of March, 2018.

*/s/ Andrea Fair*