# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS LLC § | |
| § | |
| v. § | Case No. 2:16-cv-1302- JRG |
| § | |
| CORIANT AMERICA INC., ET AL § | |

## MINUTES FOR MOTION HEARING
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
## MARCH 8, 2017

**OPEN:** 9:00 a.m.                                                      **ADJOURN:** 11:03 a.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Patrick Holvey<br>Chris Ratway<br>Ashbey Morgan |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:00 a.m. | Court opened. Counsel announced ready for hearing. Mr. Mirzaie confirmed Plaintiff's withdrawal of Plaintiff's Motion to Compel Discovery From Infinera Corporation (Dkt. No. 206). |
| | The Court heard argument on the SEALED Motion to Compel Discovery from Cisco Systems Inc. filed by Oyster Optics, LLC. (Dkt. No. 205). Mr. Mirzaie argued on behalf of Plaintiff. Mr. Gaudet argued on behalf of Defendant. |
| 9:56 a.m. | The Court heard argument on Defendants' Motion For Discovery Sanctions Under Federal Rule Of Civil Procedure 37 filed on behalf of Defendants (Dkt. No. 241). Mr. Jameson argued on behalf of all Defendants. Mr. Mirzaie argued on behalf of Plaintiff. |
| 11:03 a.m. | The Court carried ruling on the motions. Court adjourned. |