# Exhibit A

FILED UNDER SEAL IN ITS ENTIREY