# Exhibit C



IA # OIF-DPC-RX-01.2
IA for Integrated Intradyne Coherent Receivers



Implementation Agreement
for
Integrated Dual Polarization Intradyne
Coherent Receivers

IA # OIF-DPC-RX-01.2

November 14, 2013

Implementation Agreement to be revised and approved
by the Optical Internetworking Forum
www.oiforum.com

Working Group:   Physical and Link Layer (PLL) Working Group

Plaintiff's Exhibit
No. 010

Case No. 2:16-cv-01301-JRG

Restricted-Attorneys' Eyes Only                                                                                          OYSTER_00004312



IA # OIF-DPC-RX-01.2
IA for Integrated Intradyne Coherent Receivers


**TITLE:** Implementation Agreement for Intradyne Coherent Receivers
IA # OIF-DPC-RX-01.2

**SOURCE:**

**MAINTENANCE EDITOR**

John E. Johnson, Ph.D.
Avago Technologies, Inc.
9999 Hamilton Blvd.
Breinigsville, PA  18031
Phone: +1-484-397-2368
Email: john.johnson@avagotech.com

**WORKING GROUP CHAIR**

David R. Stauffer, Ph.D.
IBM Corporation
1000 River Road, MC 862J
Essex Jct., VT 05452
Phone: +1-802-769-6914
Email: dstauffe@us.ibm.com

**WORKING GROUP VICE CHAIR**

Karl Gass
Sandia National Laboratories
P. O. Box 5800 MS-0874
Phone: +1-505-844-8849
Email: iamthedonutking@mac.com

**ABSTRACT:** This contribution reflects the results from the first maintenance cycle of IA# OIF-DPC-RX-01.1 Implementation Agreement for Intradyne Coherent Receivers.

Restricted-Attorneys' Eyes Only    OYSTER_00004313

PTX010-2



**The OIF is an international non profit organization with over 90 member companies, including the world's leading carriers and vendors. Being an industry group uniting representatives of the data and optical worlds, OIF's purpose is to accelerate the deployment of interoperable, cost-effective and robust optical internetworks and their associated technologies. Optical internetworks are data networks composed of routers and data switches interconnected by optical networking elements.**

**With the goal of promoting worldwide compatibility of optical internetworking products, the OIF actively supports and extends the work of national and international standards bodies. Working relationships or formal liaisons have been established with IEEE 802.1, IEEE 802.3ba, IETF, IP-MPLS Forum, IPv6 Forum, ITU-T SG13, ITU-T SG15, MEF, ATIS-OPTXS,ATIS-TMOC, TMF and the XFP MSA Group.**

For additional information contact:
The Optical Internetworking Forum, 48377 Fremont Blvd.,
Suite 117, Fremont, CA 94538
510-492-4040 ❖ info@oiforum.com

www.oiforum.com

**Notice:** This Technical Document has been created by the Optical Internetworking Forum (OIF). This document is offered to the OIF Membership solely as a basis for agreement and is not a binding proposal on the companies listed as resources above. The OIF reserves the rights to at any time to add, amend, or withdraw statements contained herein. Nothing in this document is in any way binding on the OIF or any of its members.

The user's attention is called to the possibility that implementation of the OIF implementation agreement contained herein may require the use of inventions covered by the patent rights held by third parties. By publication of this OIF implementation agreement, the OIF makes no representation or warranty whatsoever, whether expressed or implied, that implementation of the specification will not infringe any third party rights, nor does the OIF make any representation or warranty whatsoever, whether expressed or implied, with respect to any claim that has been or may be asserted by any third party, the validity of any patent rights related to any such claim, or the extent to which a license to use any such rights may or may not be available or the terms hereof.

© 2013 Optical Internetworking Forum

This document and translations of it may be copied and furnished to others, and derivative works that comment on or otherwise explain it or assist in its implementation may be prepared, copied, published and distributed, in whole or in part, without restriction other than the following, (1) the above copyright notice and this paragraph must be included on all such copies and derivative works, and (2) this document itself may not be modified in any way, such as by removing the copyright notice or references to the OIF, except as needed for the purpose of developing OIF Implementation Agreements.
By downloading, copying, or using this document in any manner, the user consents to the terms and conditions of this notice.  Unless the terms and conditions of this notice are breached by the user, the limited permissions granted above are perpetual and will not be revoked by the OIF or its successors or assigns.

This document and the information contained herein is provided on an "AS IS" basis and THE OIF DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTY THAT THE USE OF THE INFORMATION HEREIN WILL NOT INFRINGE ANY RIGHTS OR ANY IMPLIED WARRANTIES OF MERCHANTABILITY, TITLE OR FITNESS FOR A PARTICULAR PURPOSE.

**Restricted-Attorneys' Eyes Only** OYSTER_00004314

PTX010-3



# 1 Table of Contents

0 Cover Sheet ......................................................................................................... 1  
1 Table of Contents ................................................................................................ 4  
2 List of Figures ..................................................................................................... 5  
3 List of Tables ...................................................................................................... 5  
4 Document Revision History ................................................................................ 6  
5 Introduction ......................................................................................................... 7  
6 Functionality ....................................................................................................... 8  
7 High Speed Electrical Interface .......................................................................... 9  
8 Low Speed Electrical Interface ......................................................................... 12  
9 Environmental and Operating Characteristics ................................................. 14  
10 Mechanical ....................................................................................................... 15  
11 References ........................................................................................................ 20  
   11.1 Normative references ................................................................................ 20  
   11.2 Informative references .............................................................................. 20  
12 Appendix A: Glossary ...................................................................................... 20  
13 Appendix B: Opto-Electrical Properties (informative) .................................... 21  
14 Appendix C: Open Issues / current work items ............................................... 24  
15 Appendix D: List of companies belonging to OIF when document is approved ........................................................................................................... 25  

**Restricted-Attorneys' Eyes Only**     **OYSTER_00004315**

PTX010-4