**08/09/2018, 09:00AM**
**2:16-cv-01302-JRG**
**Oyster Optics, LLC v. Coriant America Inc. et al**
**Initial Conference**

PLEASE   PRINT   CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Johnny Ward | Oyster |
| Marc Feuster | " |
| Claire Henry | " |
| Andrea Fair | " |
| Reza Mirzaie | Oyster |
| Theresa Troupson | " |
| Adam Hoffman | " |
| Arka Chatterjee | " |
| Neil Rubin | " |
| Eric Findlay | CISCO |
| John Gibson | " |

IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY

| CLIENT NAME | COMPANY |
|---|---|
| John Baird | CISCO |
| Alice ~~Skodek~~ Snedeker | " |
| Matthew Gaudet | " |
| | |
| | |
| | |

| ATTORNEY NAME | REPRESENTING |
|---|---|
| John Haynes | Accatel Lucent |
| Mike Jones | Alcatel Lucent |
| Scott Stevens | '' |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |