**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| OYSTER OPTICS, LLC, *Plaintiff*, v. CORIANT AMERICA INC. ET AL., *Defendants*. | Case No. 2:16-cv-01302-JRG (Lead Case) |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD. ET AL., *Defendants*. | Case No. 2:16-cv-01303-JRG (Consolidated Case) |

**JOINT MOTION TO EXTEND STAY**

Plaintiff Oyster Optics, LLC and Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc. (collectively, "Parties") respectfully request a 7-day extension of their deadline to file a motion to dismiss, from October 5, 2018 up to and including October 12, 2018.

The parties filed a joint motion to stay all deadlines and notice of settlement on August 6, 2018. (Dkt. No. 777.) The Court granted the motion on August 7, 2018, and stayed the deadlines until September 5, 2018. (Dkt. No. 799). The parties filed a further joint motion to extend this stay for an additional 30 days. (Dkt. No. 827). The Court granted the motion on September 6, 2018, and extended the stay until October 5, 2018. (Dkt. No. 828). The Parties are aware of the Court's practice with respect to filing dismissal papers within thirty days and have been negotiating settlement terms. However, finalization of the parties' settlement agreement has been delayed by the October 1-7 Chinese National Day holiday and by travel obligations of the parties' decision-makers. The Parties are respectfully requesting a 7-day extension to finalize the settlement

- 2 -

agreement and to submit the dismissal papers. A proposed order extending the stay up to and through October 12, 2018, is attached.

Date: October 5, 2018

Respectfully submitted,

*/s/ Reza Mirzaie*
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Amir A. Naini (CA SBN 226627
anaini@raklaw.com
Neil A. Rubin, CA SBN 250761
nrubin@raklaw.com
Arka Chatterjee (CA SBN 268546)
achatterjee@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone:    310/826-7474
Facsimile:    310/826-6991

Claire Abernathy Henry (TX SBN 24053063)
claire@wsfirm.com
WARD, SMITH & HILL, PLLC
P.O. Box 13231
Longview, Texas 75601
903/757-6400 – Telephone
903/757-2323 – Facsimile
Attorneys for Plaintiff
OYSTER OPTICS, LLC

*/s/ David M. Airan (with permission)*
David M. Airan (admitted *pro hac vice*)
IL State Bar No. 6215687
John K. Winn (admitted *pro hac vice*)
IL State Bar No. 6291073
Leonard Z. Hua (admitted *pro hac vice*)
IL State Bar No. 6303557
H. Michael Hartmann (admitted *pro hac vice*)
IL State Bar No. 1146130
**LEYDIG, VOIT & MAYER, LTD.**
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601-6731
Phone: (312)616-5600
Fax: (312)616-5700
Email: dairan@leydig.com
Email: jwinn@leydig.com
Email: lhua@leydig.com
Email: mhartmann@leydig.com

Andrew W. Stinson
State Bar No. 24028013
**RAMEY & FLOCK, P.C.**
100 East Ferguson, Suite 500
Tyler, Texas 75702
Phone: (903) 597-3301
Fax: (903) 597-2413
Email: andys@rameyflock.com

J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 West Main
Henderson, Texas 75652
903/657-8540 Telephone
903/657-6003 Facsimile

**ATTORNEYS FOR DEFENDANTS
HUAWEI TECHNOLOGIES CO., LTD., AND HUAWEI
TECHNOLOGIES USA, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2018, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Courts by using the ECF system and forwarded to all counsel of record through the Court's ECF system.

*/s/ Reza Mirzaie*
Reza Mirzaie